**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| City of Philadelphia,<br><br>　　　　　　　　　　*Plaintiff*,<br><br>　　　v.<br><br>CVS Health Corporation, et al.,<br><br>　　　　　　　　　*Defendants*. | Civil Action No. 2:25-cv-06185-GJP |

**NOTICE OF APPEARANCE**

TO THE CLERK OF COURT:

　　　Kindly enter the appearance of the undersigned co-counsel on behalf of Plaintiff, City of Philadelphia.

　　　　　　　　　　　　　　　　　　**DILWORTH PAXSON LLP**

　　　　　　　　　　　　　　　　　　By: */s/ Timothy J. Ford*
　　　　　　　　　　　　　　　　　　　Timothy J. Ford (PA 325290)
　　　　　　　　　　　　　　　　　　　1650 Market Street, Suite 1200
　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19103
　　　　　　　　　　　　　　　　　　　Phone: (215) 575-7000
　　　　　　　　　　　　　　　　　　　Fax: (215) 754-4603
　　　　　　　　　　　　　　　　　　　tford@dilworthlaw.com

Date: October 31, 2025

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| City of Philadelphia,<br><br>*Plaintiff*,<br><br>v.<br><br>CVS Health Corporation, et al.,<br><br>*Defendants*. | Civil Action No. 2:25-cv-06185-GJP |

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of foregoing *Notice of Appearance* to be served in accordance with Federal Rule of Civil Procedure 5(b).

Dated: October 31, 2025         */s/ Timothy J. Ford*
                                                        Timothy J. Ford
                                                        *Attorney for Plaintiff, City of Philadelphia*

#125305601v1