<div style="text-align:center">

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

</div>

| | | |
|---|---|---|
| **CITY OF PHILADELPHIA** | : | |
| | : | |
| V. | : | NO. 25-cv-6185 |
| | : | |
| **CVS HEALTH CORPORATION,** *et al.* | : | |

<div style="text-align:center">

**ENTRY OF APPEARANCE**

</div>

TO THE CLERK OF COURTS:

    Please enter my appearance as co-counsel on behalf of the plaintiff, City of Philadelphia.

<div style="margin-left:50%">

/s/ John K. Weston

John K. Weston
Attorney No. 26314 (PA)
SACKS WESTON LLC
1650 Market Street – 55th Floor
Philadelphia, PA 19103
(215) 925-8200
jweston@sackslaw.com

</div>