UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CITY OF PHILADELPHIA** | : | |
| | : | |
| V. | : | NO. 25-cv-6185 |
| | : | |
| **CVS HEALTH CORPORATION,** *et al.* | : | |

## ENTRY OF APPEARANCE

TO THE CLERK OF COURTS:

    Please enter my appearance as co-counsel on behalf of the plaintiff, City of Philadelphia.

    /s/ Andrew B. Sacks

Andrew B. Sacks
Attorney No. 41390 (PA)
SACKS WESTON LLC
1650 Market Street – 55th Floor
Philadelphia, PA 19103
(215) 925-8200
asacks@sackslaw.com