IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| City of Philadelphia,<br><br>       Plaintiff,<br>v.<br><br>CVS Health Corporation, et al.<br><br>       Defendants | CIV. ACTION NO. 2:25-cv-6185 |

**ENTRY OF APPEARANCE**

TO THE CLERK OF COURT:

    Kindly enter my appearance on behalf of Plaintiff City of Philadelphia.


Date:  November 12, 2025      BY:   */s/ Gregory B. Heller*
                                                     Gregory B. Heller (PA 61130)
                                                     FELDMAN SHEPHERD WOHLGELERNTER
                                                      TANNER WEINSTOCK DODIG LLP
                                                     1845 Walnut Street, 21st Floor
                                                     Philadelphia, PA 19103
                                                     Phone: (215) 567-8300
                                                     Fax: (215) 567-8333
                                                     gheller@feldmanshepherd.com

## CERTIFICATE OF SERVICE

      I hereby certify that I am this day serving the foregoing Entry of Appearance upon counsel for Defendants by email.

Date: November 12, 2025        BY:   */s/ Gregory B. Heller*
                                                  GREGORY B. HELLER
                                                  Attorney for Plaintiff