**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| City of Philadelphia,<br>*Plaintiff*,<br>v.<br>CVS Health Corporation, et al.,<br>*Defendants*. | Civil Action No. 2:25-cv-06185-GJP |

**ORDER**

AND NOW, this ____________ day of ________________________, 2025, it is hereby ORDERED that the motion to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is:

☐ GRANTED. The Clerk is DIRECTED to add Catherine Hancock Dorsey, Esquire as counsel for Plaintiff, City of Philadelphia. Catherine Hancock Dorsey is DIRECTED to request ECF filing access using their PACER Account.

☐ DENIED.

______________________________
HON. GERALD J. PAPPERT, J.

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

Case Number: 2:25-cv-06185

***MOTION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)***

I, MOVANT'S STATEMENT

I, Catherine Hancock Dorsey the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) to represent The City of Philadelphia. My sponsoring attorney will submit the $75.00 payment using their PACER account at the time of filing this motion.

*A. I state that I am currently admitted to practice in the following state jurisdiction(s):*

| (State where admitted) | (Admission Date) | (Attorney Identification Number) |
|---|---|---|
| | Please see Attachment A | |
| | Please see Attachment A | |
| | Please see Attachment A | |

*B. I state that I am currently admitted to practice in the following federal jurisdiction(s):*

| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |
|---|---|---|
| | Please see Attachment A | |
| | Please see Attachment A | |
| | Please see Attachment A | |

*C. I state that I am at present a member of the aforesaid bar(s) in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

*I am seeking to enter my appearance for the Plaintiff, CITY OF PHILADELPHIA.*

*Name of Attorney:* Catherine Hancock Dorsey

*Firm Address:* Baron & Budd, P.C., 3102 Oak Lawn Ave., Suite #1100, Dallas, TX 75219

*Telephone Number:* (202) 333-4924

*Email Address:* cdorsey@baronbudd.com

*I declare under penalty of perjury that the foregoing is true and correct.*

*Executed on:* 11-20-25
*(Date)*

(Movant's signature)

**Attachment A**

Catherine Hancock Dorsey

A. I state that I am currently admitted to practice in the following state jurisdictions:

| **Court where admitted** | **Admission Date** | **Attorney Identification Number** |
|---|---|---|
| State of Virginia (inactive) | 10/12/2001 | 46934 |
| District of Columbia | 4/16/2004 | 485803 |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| **Court where admitted** | **Admission Date** | **Attorney Identification Number** |
|---|---|---|
| U.S. Court of Appeals – First Circuit | 8/21/2002 | 86056 |
| U.S. Court of Appeals – Second Circuit | 8/19/2013 | |
| U.S. Court of Appeals – Third Circuit | | |
| U.S. Court of Appeals – Fourth Circuit | 3/12/2003 | |
| U.S. Court of Appeals – Sixth Circuit | 10/8/2019 | |
| U.S. Court of Appeals – Seventh Circuit | 6/14/2019 | |
| U.S. Court of Appeals – Ninth Circuit | 1/3/2003 | |
| U.S. Court of Appeals – Tenth Circuit | 6/15/2004 | |
| U.S. Court of Appeals – Eleventh Circuit | 4/28/2022 | |
| U.S. Court of Appeals – D.C. Circuit | 12/2/2002 | 48479 |
| U.S. Court of Appeals – Federal Circuit | | |
| U.S. District Court – District of Columbia | 6/6/2022 | |

II. SPONSOR'S STATEMENT, MOTION, AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of Catherine Hancock Dorsey to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal court(s) and that the applicant's private and personal character is good.

| Jerry R. DeSiderato | | October 12, 2005 | 201097 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission Date | Attorney ID Number |

SPONSOR'S OFFICE ADDRESS, EMAIL ADDRESS, AND TELEPHONE NUMBER

Jerry R. DeSiderato, Esquire
Dilworth Paxson, LLP
1650 Market Street, Suite 1200
Philadelphia, PA 19103
jrd@dilworthlaw.com
215-575-7290

*I declare under penalty of perjury that the foregoing is true and correct.*

*Executed on* November 20, 2025
Date

Sponsor's Signature

**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| City of Philadelphia,<br>*Plaintiff*,<br>v.<br>CVS Health Corporation, et al.,<br>*Defendants*. | Civil Action No. 2:25-cv-06185-GJP |

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a true and correct copy of the motion of Catherine Hancock Dorsey, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed order, which if granted, would permit such practice in this court to be served in accordance with Federal Rule of Civil Procedure 5(b).

Dated: November 20, 2025

Jerry R. DeSiderato
*Attorney for Plaintiff, City of Philadelphia*