IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| City of Philadelphia,<br><br>          *Plaintiff*,<br><br>   v.<br><br>CVS Health Corporation, et al.,<br><br>          *Defendants*. | Civil Action No. 2:25-cv-06185-GJP |

## ORDER

AND NOW, this _____ day of _____, 2025, it is hereby ORDERED that the motion to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is:

☐ GRANTED. The Clerk is DIRECTED to add Jules Burton LeBlanc, IV, Esquire as counsel for Plaintiff, City of Philadelphia. Jules Burton LeBlanc, IV is DIRECTED to request ECF filing access using their PACER Account.

☐ DENIED.

                                   HON. GERALD J. PAPPERT, J.

#125334426v1

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

Case Number: 2:25-cv-06185

**MOTION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)**

I, MOVANT'S STATEMENT

I, <u>Jules Burton LeBlanc, IV</u> the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) to represent <u>The City of Philadelphia</u>. My sponsoring attorney will submit the $75.00 payment using their PACER account at the time of filing this motion.

A. I state that I am currently admitted to practice in the following state jurisdiction(s):

| Louisiana | 04/15/1991 | 20491 |
|---|---|---|
| (State where admitted) | (Admission Date) | (Attorney Identification Number) |
| Texas | 11/06/1992 | 00784456 |
| (State where admitted) | (Admission Date) | (Attorney Identification Number) |
|  |  |  |
| (State where admitted) | (Admission Date) | (Attorney Identification Number) |

B. I state that I am currently admitted to practice in the following federal jurisdiction(s):

| | Please see Attachment A | |
|---|---|---|
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |
| | Please see Attachment A | |
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |
| | Please see Attachment A | |
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |

C. I state that I am at present a member of the aforesaid bar(s) in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am seeking to enter my appearance for the <u>Plaintiff, CITY OF PHILADELPHIA.</u>

Name of Attorney: Jules Burton LeBlanc, IV

Firm Address: Baron & Budd, P.C., 2600 Citiplace Court, Baton Rouge, LA 70808

Telephone Number: (225) 761-6322

Email Address: bleblanc@baronbudd.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 11-20-25
(Date)

(Movant's signature)

**Attachment A**

Jules Burton LeBlanc, IV

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| Court where admitted | Admission Date | Attorney Identification Number |
|---|---|---|
| United States Supreme Court | | |
| U.S. District Court – Middle District of Louisiana | | |
| U.S. District Court – Eastern District of Louisiana | | |
| U.S. District Court – Western District of Louisiana | | |

II. SPONSOR'S STATEMENT, MOTION, AND CERTIFICATE OF SERVICE

      The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of Jules Burton LeBlanc, IV to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal court(s) and that the applicant's private and personal character is good.

| Jerry R. DeSiderato | _[signature]_ | October 12, 2005 | 201097 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission Date | Attorney ID Number |

SPONSOR'S OFFICE ADDRESS, EMAIL ADDRESS, AND TELEPHONE NUMBER

Jerry R. DeSiderato, Esquire
Dilworth Paxson, LLP
1650 Market Street, Suite 1200
Philadelphia, PA 19103
jrd@dilworthlaw.com
215-575-7290

*I declare under penalty of perjury that the foregoing is true and correct.*

*Executed on*  November 20, 2025
              Date                                           Sponsor's Signature

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| City of Philadelphia,<br><br>*Plaintiff*,<br><br>v.<br><br>CVS Health Corporation, et al.,<br><br>*Defendants*. | Civil Action No. 2:25-cv-06185-GJP |

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the motion of Jules Burton LeBlanc, IV, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed order, which if granted, would permit such practice in this court to be served in accordance with Federal Rule of Civil Procedure 5(b).

Dated: November 20, 2025

_____
Jerry R. DeSiderato
*Attorney for Plaintiff, City of Philadelphia*

#125334426v1