IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| City of Philadelphia, <br><br> *Plaintiff*, <br><br> v. <br><br> CVS Health Corporation, et al., <br><br> *Defendants*. | Civil Action No. 2:25-cv-06185-GJP |

# ORDER

AND NOW, this _____ day of _____, 2025, it is hereby ORDERED that the motion to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is:

☐ GRANTED. The Clerk is DIRECTED to add Peter James Mougey, Esquire as counsel for Plaintiff, City of Philadelphia. Peter James Mougey is DIRECTED to request ECF filing access using their PACER Account.

☐ DENIED.

_____
HON. GERALD J. PAPPERT, J.

#125334426v1

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

Case Number 2:25-cv-06185

## MOTION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I, MOVANT'S STATEMENT

I, PETER JAMES MOUGEY the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) to represent Plaintiff, City of Philadelphia My sponsoring attorney will submit the $75.00 payment using their PACER account at the time of filing this motion.

A. I state that I am currently admitted to practice in the following state jurisdiction(s):

| ALABAMA | 5/5/2000 | asb-2825-u72p |
|---|---|---|
| (State where admitted) | (Admission Date) | (Attorney Identification Number) |
| FLORIDA | 1/26/2000 | 191825 |
| (State where admitted) | (Admission Date) | (Attorney Identification Number) |
|  |  |  |
| (State where admitted) | (Admission Date) | (Attorney Identification Number) |

B. I state that I am currently admitted to practice in the following federal jurisdiction(s):

| USDC ND FL | 3/3/2016 |  |
|---|---|---|
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |
| USDC ND OH | 2/13/2020 |  |
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |
| USDC ND CA | 12/14/2021 |  |
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |

C. I state that I am at present a member of the aforesaid bar(s) in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am seeking to enter my appearance for Plaintiff, City of Philadelphia

Name of Attorney: PETER JAMES MOUGEY

Firm Address: 316 S. BAYLEN ST., STE. 600, PENSACOLA, FL 32502

Telephone Number: 850-435-7068

Email Address: PMOUGEY@LEVINLAW.COM

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11/12/2025
(Date)

(Movant's signature)

II. SPONSOR'S STATEMENT, MOTION, AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of Peter James Mougey to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal court(s) and that the applicant's private and personal character is good.

| Jerry R. DeSiderato | _[signature]_ | October 12, 2005 | 201097 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission Date | Attorney ID Number |

SPONSOR'S OFFICE ADDRESS, EMAIL ADDRESS, AND TELEPHONE NUMBER

Jerry R. DeSiderato, Esquire
Dilworth Paxson, LLP
1650 Market Street, Suite 1200
Philadelphia, PA 19103
jrd@dilworthlaw.com
215-575-7290

*I declare under penalty of perjury that the foregoing is true and correct.*

*Executed on*  November 20, 2025
            Date                                         Sponsor's Signature

#125334426v1

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| City of Philadelphia,<br><br>*Plaintiff*,<br><br>v.<br><br>CVS Health Corporation, et al.,<br><br>*Defendants*. | Civil Action No. 2:25-cv-06185-GJP |

### CERTIFICATE OF SERVICE

     I hereby certify that I caused a true and correct copy of the motion of Peter James Mougey, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed order, which if granted, would permit such practice in this court to be served in accordance with Federal Rule of Civil Procedure 5(b).

Dated: November 20, 2025

                                              Jerry R. DeSiderato
                                              *Attorney for Plaintiff, City of Philadelphia*