IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CITY OF PHILADELPHIA,<br><br>    *Plaintiff,*<br><br> v.<br><br>CVS HEALTH CORPORATION, et al.,<br><br>    *Defendants*. | CIVIL ACTION<br>NO. 25-6185 |

## ORDER

**AND NOW**, this 20th day of November, 2025, upon consideration of Plaintiff City of Philadelphia's Motions for Pro Hac Vice (Dkt. Nos. 14-20), it is hereby **ORDERED** that the Applications of Russell W. Budd, Catherine Hancock Dorsey, Jeffrey Ryan Gaddy, Jules Burton LeBlanc, IV, Anthony J. Majestro, Christine Cooney Mansour and Peter James Mougey are **GRANTED**.[1]

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.

---

[1] Counsel is directed to the United States District Court for the Eastern District of Pennsylvania's website to register for NextGen CM/ECF in the Eastern District. https://www.paed.uscourts.gov/nextgen-cmecf