IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CITY OF PHILADELPHIA,<br><br>    Plaintiff,<br><br>vs.<br><br>CVS HEALTH CORPORATION; CVS PHARMACY, INC.; CAREMARK RX, LLC; CAREMARK, LLC; CAREMARKPCS HEALTH, LLC; ADVANCERX.COM, LLC (D/B/A CAREMARKPCS PENNSYLVANIA MAIL PHARMACY, LLC); EXPRESS SCRIPTS, INC.; EXPRESS SCRIPTS ADMINISTRATORS, LLC; MEDCO HEALTH SOLUTIONS, INC.; ESI MAIL ORDER PROCESSING, INC.; ESI MAIL PHARMACY SERVICE, INC.; EXPRESS SCRIPTS PHARMACY, INC.; EVERNORTH HEALTH, INC. (F/K/A EXPRESS SCRIPTS HOLDING COMPANY); EXPRESS SCRIPTS SPECIALTY DISTRIBUTION SERVICES, INC.; UNITEDHEALTH GROUP, INC.; OPTUM, INC.; OPTUMINSIGHT, INC.; OPTUMINSIGHT LIFE SCIENCES, INC.; OPTUMRX, INC.; OPTUMRX DISCOUNT CARD SERVICES, LLC; OPTUM PERKS, LLC; OPTUMHEALTH CARE SOLUTIONS, LLC; OPTUMHEALTH HOLDINGS, LLC; AND OPTUMHEALTH NETWORKS, INC.<br><br>    Defendants. | No. 2:25-cv-06185-GJP |

**NOTICE OF APPEARANCE**

Please take notice that Joseph I. Fontak, Esq. of the law firm of Leader Berkon Colao & Silverstein LLP hereby appears as counsel of record in the above-captioned matter on behalf of defendants UnitedHealth Group, Inc.; Optum, Inc.; OptumInsight,

10354822.1

#125334552v1

Inc.; OptumInsight Life Sciences, Inc.; OptumRx, Inc.; OptumRx Discount Card Services, LLC; Optum Perks, LLC; OptumHealth Care Solutions, LLC; OptumHealth Holdings, LLC; and Optum Health Networks, Inc.[1]

/s/ Joseph I. Fontak
Joseph I. Fontak
Leader Berkon Colao & Silverstein LLP
1515 Market Street, Suite 1200
Philadelphia, PA 19102
(215) 755-0455
jfontak@leaderberkon.com

Brian D. Boone
(*pro hac vice forthcoming*)
Alston & Bird LLP
Vantage South End
1120 South Tryon Street
Suite 300
Charlotte, NC 28203
(704) 444-1000
brian.boone@alston.com

Michael A. Kaeding
(*pro hac vice forthcoming*)
Alston & Bird LLP
555 Fayetteville St., Suite 600
Raleigh, NC 27601
(919) 862 2200
mike.kaeding@alston.com

Debolina Das
(*pro hac vice forthcoming*)
Alston & Bird LLP
90 Park Avenue
New York, NY 10016
(212) 210-9400
debolina.das@alston.com

---

[1] Defendants make these appearances subject to and without waiving any defenses, including jurisdictional defenses.

*Attorneys for Defendants UnitedHealth Group, Inc.; Optum, Inc.; OptumInsight, Inc.; OptumInsight Life Sciences, Inc.; OptumRx, Inc.; OptumRx Discount Card Services, LLC; Optum Perks, LLC; OptumHealth Care Solutions, LLC; OptumHealth Holdings, LLC; and Optum Health Networks, Inc.*