IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CITY OF PHILADELPHIA,<br><br>Plaintiff,<br><br>vs.<br><br>CVS HEALTH CORPORATION; CVS PHARMACY, INC.; CAREMARK RX, LLC; CAREMARK, LLC; CAREMARKPCS HEALTH, LLC; ADVANCERX.COM, LLC (D/B/A CAREMARKPCS PENNSYLVANIA MAIL PHARMACY, LLC); EXPRESS SCRIPTS, INC.; EXPRESS SCRIPTS ADMINISTRATORS, LLC; MEDCO HEALTH SOLUTIONS, INC.; ESI MAIL ORDER PROCESSING, INC.; ESI MAIL PHARMACY SERVICE, INC.; EXPRESS SCRIPTS PHARMACY, INC.; EVERNORTH HEALTH, INC. (F/K/A EXPRESS SCRIPTS HOLDING COMPANY); EXPRESS SCRIPTS SPECIALTY DISTRIBUTION SERVICES, INC.; UNITEDHEALTH GROUP, INC.; OPTUM, INC.; OPTUMINSIGHT, INC.; OPTUMINSIGHT LIFE SCIENCES, INC.; OPTUMRX, INC.; OPTUMRX DISCOUNT CARD SERVICES, LLC; OPTUM PERKS, LLC; OPTUMHEALTH CARE SOLUTIONS, LLC; OPTUMHEALTH HOLDINGS, LLC; AND OPTUMHEALTH NETWORKS, INC.<br><br>Defendants. | No. 2:25-cv-06185-GJP |

**CORPORATE DICLOSURE STATEMENT**

In accordance with Federal Rule of Civil Procedure 7.1(a)(1), Defendants UnitedHealth Group Incorporated, Optum, Inc., OptumInsight, Inc., OptumInsight Life Sciences, Inc., OptumRx, Inc., OptumRx Discount Card Services, LLC, Optum Perks, LLC, OptumHealth Care

Solutions, LLC, OptumHealth Holdings, LLC, and Optum Health Networks, Inc. make the following disclosures:[*]

1.  UnitedHealth Group Incorporated is the ultimate parent of Optum, Inc., OptumInsight, Inc., OptumInsight Life Sciences, Inc., OptumRx, Inc., OptumHealth Care Solutions, LLC, OptumHealth Holdings, LLC, and Optum Health Networks, Inc. UnitedHealth Group Incorporated does not have any parent companies and is publicly traded on the New York Stock Exchange. No publicly held company owns ten percent or more of UnitedHealth Group Incorporated's stock.

2.  UnitedHealth Group Incorporated and Red Ventures Holdco, LP are the ultimate parents of OptumRx Discount Card Services, LLC and Optum Perks, LLC. Red Ventures Holdco, LP is a privately held limited partnership, and no publicly held company owns ten percent or more of Red Ventures Holdco, LP. UnitedHealth Group Incorporated does not have any parent companies and is publicly traded on the New York Stock Exchange. No publicly held company owns ten percent or more of United Health Group Incorporated's stock.

Respectfully submitted, this 21st day of November, 2025.

    /s/ Joseph I. Fontak
Joseph I. Fontak
**LEADER BERKON COLAO & SILVERSTEIN LLP**
1515 Market Street, Suite 1200
Philadelphia, PA 19102
(215) 755-0455
jfontak@leaderberkon.com

Brian D. Boone (*pro hac vice forthcoming*)
**ALSTON & BIRD LLP**

---

[*] Defendants make these disclosures subject to and without waiving any defenses, including jurisdictional defenses.

1120 South Tryon Street, Suite 300
Charlotte, NC 28203
(704) 444-1000
brian.boone@alston.com

Michael A. Kaeding (*pro hac vice forthcoming*)
**ALSTON & BIRD LLP**
555 Fayetteville St., Suite 600
Raleigh, NC 27601
(919) 862 2200
mike.kaeding@alston.com

Debolina Das (*pro hac vice forthcoming*)
**ALSTON & BIRD LLP**
90 Park Avenue
New York, NY 10016
(212) 210-9400
debolina.das@alston.com

*Attorneys for Defendants UnitedHealth Group Incorporated, Optum, Inc., OptumInsight, Inc., OptumInsight Life Sciences, Inc., OptumRx, Inc., OptumRx Discount Card Services, LLC, Optum Perks, LLC, OptumHealth Care Solutions, LLC, OptumHealth Holdings, LLC, and Optum Health Networks, Inc.*