# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CITY OF PHILADELPHIA,<br><br>                        Plaintiff,<br>v.<br><br>CVS HEALTH CORPORATION, et al.<br><br>                        Defendants | CIVIL ACTION NO: 2:25-cv-6185 |

## NOTICE OF APPEARANCE

**TO THE CLERK OF COURT:**

**PLEASE TAKE NOTICE** that Steven N. Herman, and the law firm of Zuckerman Spaeder LLP, file this Notice of Appearance as counsel for Defendants CVS Health Corporation; CVS Pharmacy, Inc.; CareMark Rx, LLC; CareMark, LLC; CareMarkPCS Health, LLC; and AdvanceRX.com, LLC (D/B/A CareMarkPCS Pennsylvania Mail Pharmacy, LLC).

Dated:  November 24, 2025

*/s/ Steven N. Herman*
Steven N. Herman (PA 205832)
Zuckerman Spaeder LLP
2100 L Street, NW
Suite 400
Washington, DC 20037
Phone: (202) 778-1883
Fax: (202) 822-8106
sherman@zuckerman.com

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 24th day of November, I served the foregoing Notice of Appearance upon counsel for all parties by ECF notice.

*/s/ Steven N. Herman*
Steven N. Herman
