IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CITY OF PHILADELPHIA,<br><br>　　　　Plaintiff<br><br>　vs.<br><br>CVS HEALTH CORPORATION, *et al.*,<br><br>　　　　Defendants. | No. 2:25-cv-06185-GJP |

**DEFENDANTS CVS HEALTH CORPORATION AND CVS PHARMACY, INC.'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants CVS Health Corporation and CVS Pharmacy, Inc., provide the following disclosure:

1.　CVS Health Corporation is a publicly traded corporation. CVS Health Corporation does not have any parent corporations, and no publicly held corporation owns 10% or more of CVS Health Corporation.

2.　CVS Pharmacy, Inc. is a wholly owned direct subsidiary of CVS Health Corporation.

3.　CVS Health Corporation and CVS Pharmacy, Inc. are the ultimate owners of Caremark Rx, L.L.C.; Caremark, L.L.C.; CaremarkPCS Health, L.L.C.; AdvanceRx.com, L.L.C.; and CaremarkPCS Pennsylvania Mail Pharmacy, LLC (incorrectly identified in the complaint as being the same entity as AdvanceRx.com, L.L.C.).[*]

---

[*] Defendants preserve all defenses, including the lack of personal jurisdiction.

Respectfully submitted,

/s/*Steven N. Herman*
Steven N. Herman
ZUCKERMAN SPAEDER LLP
2100 L Street NW, Suite 400
Washington, DC 20037
(202) 778-1800
sherman@zuckerman.com

*Attorney for Defendants CVS Health Corporation; CVS Pharmacy, Inc.; Caremark Rx, L.L.C.; Caremark, L.L.C.; CaremarkPCS Health, L.L.C.; AdvanceRx.com, L.L.C.; and CaremarkPCS Pennsylvania Mail Pharmacy, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of November, I served the foregoing Notice of Appearance upon counsel for all parties by ECF notice.

>  */s/ Steven N. Herman*
> Steven N. Herman