**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| City of Philadelphia,<br><br>             *Plaintiff*,<br><br>   v.<br><br>CVS Health Corporation, et al.,<br><br>            *Defendants*. | Civil Action No. 2:25-cv-06185-GJP |

**<u>ORDER</u>**

AND NOW, this _____ day of _____, 2025, it is hereby ORDERED that the motion to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is:

☐ GRANTED. The Clerk is DIRECTED to add Mark Philip Pifko, Esquire as counsel for Plaintiff, City of Philadelphia. Mark Philip Pifko is DIRECTED to request ECF filing access using their PACER Account.

☐ DENIED.

                       _____
                       HON. GERALD J. PAPPERT, J.

#125305391v1

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

Case Number: 2:25-cv-06185

## MOTION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I, MOVANT'S STATEMENT

I, __Mark Philip Pifko__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) to represent City of Philadelphia. My sponsoring attorney will submit the $75.00 payment using their PACER account at the time of filing this motion.

A. I state that I am currently admitted to practice in the following state jurisdiction(s):

| California | 12/02/2003 | 228412 |
|---|---|---|
| (State where admitted) | (Admission Date) | (Attorney Identification Number) |
|  |  |  |
| (State where admitted) | (Admission Date) | (Attorney Identification Number) |
|  |  |  |
| (State where admitted) | (Admission Date) | (Attorney Identification Number) |

B. I state that I am currently admitted to practice in the following federal jurisdiction(s):

| | Please see Attachment A | |
|---|---|---|
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |
| | Please see Attachment A | |
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |
| | Please see Attachment A | |
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |

C. I state that I am at present a member of the aforesaid bar(s) in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am seeking to enter my appearance for the Plaintiff, CITY OF PHILADELPHIA.

Name of Attorney: Mark Philip Pifko

Firm Address: Baron & Budd, P.C., 15910 Ventura Blvd., Suite #1600, Los Angeles, CA 91436

Telephone Number: (818) 839-2325

Email Address: mpifko@baronbudd.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:
11/17/2025
(Date)

_____
(Movant's signature)

## Attachment A

## Mark Philip Pifko

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| Court where admitted | Admission Date | Attorney Identification Number |
|---|---|---|
| U.S. District Court – Central District of California | 12/02/2003 | |
| U.S. District Court – Southern District of California | 05/08/2009 | |
| U.S. District Court – Eastern District of California | 03/25/2010 | |
| U.S. District Court – Northern District of California | 09/29/2017 | |
| U.S. District Court – Eastern District of Texas | 01/05/2007 | |
| U.S. District Court – Eastern District of Michigan | 08/11/2017 | |
| U.S. District Court of Appeals – Ninth Circuit | 09/26/2017 | |

II. SPONSOR'S STATEMENT, MOTION, AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of Mark Philip Pifko to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal court(s) and that the applicant's private and personal character is good.

| Jerry R. DeSiderato | _[signature]_ | October 12, 2005 | 201097 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission Date | Attorney ID Number |

SPONSOR'S OFFICE ADDRESS, EMAIL ADDRESS, AND TELEPHONE NUMBER

Jerry R. DeSiderato, Esquire
Dilworth Paxson, LLP
1650 Market Street, Suite 1200
Philadelphia, PA 19103
jrd@dilworthlaw.com
215-575-7290

*I declare under penalty of perjury that the foregoing is true and correct.*

Executed on  November 25, 2025                    _[signature]_
                    Date                          Sponsor's Signature

#125305391v1

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| City of Philadelphia,<br><br>*Plaintiff*,<br><br>v.<br><br>CVS Health Corporation, et al.,<br><br>*Defendants*. | Civil Action No. 2:25-cv-06185-GJP |

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the motion of Mark Philip Pifko, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed order, which if granted, would permit such practice in this court to be served in accordance with Federal Rule of Civil Procedure 5(b).

Dated: November 25, 2025

　　　　　　　　　　　　　　　　　　　　　Jerry R. DeSiderato
　　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff, City of Philadelphia*

#125305391v1