IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CITY OF PHILADELPHIA,<br><br>*Plaintiff,*<br><br>v.<br><br>CVS HEALTH CORPORATION, et al.,<br><br>*Defendants.* | CIVIL ACTION<br>NO. 25-6185 |

### ORDER

**AND NOW**, this 25th day of November, 2025, upon consideration of Plaintiff City of Philadelphia's Motions for Pro Hac Vice (Dkt. Nos. 28-32), it is hereby

**ORDERED** that the Applications of Daniel Albertsone, Peter B. Klausner, Mark Philip Pifko, Elizabeth Smiley and Evan Michael Zucker are **GRANTED**.[1]

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.

---

[1] Counsel is directed to the United States District Court for the Eastern District of Pennsylvania's website to register for NextGen CM/ECF in the Eastern District.
https://www.paed.uscourts.gov/nextgen-cmecf