IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CITY OF PHILADELPHIA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CVS HEALTH CORPORATION; CVS PHARMACY, INC.; CAREMARK RX, LLC; CAREMARK, LLC; CAREMARKPCS HEALTH, LLC; ADVANCERX.COM, LLC (D/B/A CAREMARKPCS PENNSYLVANIA MAIL PHARMACY, LLC); EXPRESS SCRIPTS, INC.; EXPRESS SCRIPTS ADMINISTRATORS, LLC; MEDCO HEALTH SOLUTIONS, INC.; ESI MAIL ORDER PROCESSING, INC.; ESI MAIL PHARMACY SERVICE, INC.; EXPRESS SCRIPTS PHARMACY, INC.; EVERNORTH HEALTH, INC. (F/K/A EXPRESS SCRIPTS HOLDING COMPANY); EXPRESS SCRIPTS SPECIALTY DISTRIBUTION SERVICES, INC.; UNITEDHEALTH GROUP, INC.; OPTUM, INC.; OPTUMINSIGHT, INC.; OPTUMINSIGHT LIFE SCIENCES, INC.; OPTUMRX, INC.; OPTUMRX DISCOUNT CARD SERVICES, LLC; OPTUM PERKS, LLC; OPTUMHEALTH CARE SOLUTIONS, LLC; OPTUMHEALTH HOLDINGS, LLC; AND OPTUMHEALTH NETWORKS, INC.<br><br>　　　　　Defendants. | No. 2:25-cv-06185-GJP |

**AMENDED STIPULATION FOR EXTENSION OF TIME**

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7.4(b)(2), it is hereby stipulated and agreed by and between counsel for Plaintiff, City of Philadelphia, and Defendants, CVS Health Corporation; CVS Pharmacy, Inc.; Caremark Rx, LLC;

Caremark, LLC; CaremarkPCS Health, LLC; AdvanceRx.com, LLC (D/B/A CaremarkPCS Pennsylvania Mail Pharmacy, LLC); Express Scripts, Inc.; Express Scripts Administrators, LLC; Medco Health Solutions, Inc.; ESI Mail Order Processing, Inc.; ESI Mail Pharmacy Service, Inc.; Express Scripts Pharmacy, Inc.; Evernorth Health, Inc. (F/K/A Express Scripts Holding Company); Express Scripts Specialty Distribution Services, Inc.; UnitedHealth Group, Inc.; Optum, Inc.; OptumInsight, Inc.; OptumInsight Life Sciences, Inc.; OptumRx, Inc.; OptumRx Discount Card Services, LLC; Optum Perks, LLC; OptumHealth Care Solutions, LLC; OptumHealth Holdings, LLC; and Optum Health Networks, Inc. (collectively, "Defendants")[1] that:

The time for Defendants to answer, move, or otherwise respond to Plaintiff's Complaint is extended up to and including **January 15, 2026**. If Defendants file Motions to Dismiss Plaintiff's Complaint, it is hereby stipulated and agreed that Plaintiff's deadline to respond to such Motions to Dismiss shall be extended up to and including **February 24, 2026.** It is further stipulated and agreed that Defendants shall file any Reply Briefs in Further Support of Defendants' Motions to Dismiss by **March 17, 2026.**

| | |
|---|---|
| <u>/s/ Jerry R. DeSiderato</u> | <u>/s/ Elisabeth Miller</u> |
| Jerry R. DeSiderato | Elisabeth Miller |
| Silvio A. Trentalange | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| Stanford B. Ponson | |
| Timothy J. Ford | 295 5th Avenue, 9th Floor |
| Dilworth Paxson LLP | New York, New York 10016 |
| 1650 Market Street, Suite 1200 | (212) 849-7097 |
| Philadelphia, PA 19103 | elisabethmiller@quinnemanuel.com |
| (215) 575-7290 | |
| jdesiderato@dilworthlaw.com | *Attorneys for Defendants Medco Health* |
| strentalange@dilworthlaw.com | *Solutions, Inc., Express Scripts, Inc., Express* |
| sponson@dilworthlaw.com | *Scripts Pharmacy, Inc., Evernorth Health, Inc.* |

---

[1] By entering into this Stipulation, Defendants do not waive, and expressly reserve, all rights and defenses, including without limitation all jurisdictional defenses.

tford@dilworthlaw.com

Gregory B. Heller
Feldman Shepherd
1845 Walnut Street
Ste 21st Floor
Philadelphia, PA 19103
(215) 567-8300
gheller@feldmanshepherd.com

*Attorneys for Plaintiff
City of Philadelphia*

/s/Steven N. Herman
Steven N. Herman
Zuckerman Spaeder LLP
2100 L Street NW, Suite 400
Washington, DC 20037
(202) 778-1800
sherman@zuckerman.com

*Attorneys for Defendants CVS Health Corporation; CVS Pharmacy, Inc.; Caremark Rx, LLC; Caremark, LLC; CaremarkPCS Health, LLC; and AdvanceRx.com, LLC (D/B/A CaremarkPCS Pennsylvania Mail Pharmacy, LLC)*

*(f/k/a Express Scripts Holding Company), Express Scripts Specialty Distribution Services, Inc., Express Scripts Administrators, LLC, ESI Mail Pharmacy Service, Inc., and ESI Mail Order Processing, Inc.*

/s/ Joseph I. Fontak
Joseph I. Fontak
Leader Berkon Colao & Silverstein LLP
1515 Market Street, Suite 1200
Philadelphia, PA 19102
(215) 755-0455
jfontak@leaderberkon.com

Brian D. Boone
(*pro hac vice forthcoming*)
Alston & Bird LLP
Vantage South End
1120 South Tryon Street
Suite 300
Charlotte, NC 28203
(704) 444-1000
brian.boone@alston.com

Michael A. Kaeding
(*pro hac vice forthcoming*)
Alston & Bird LLP
555 Fayetteville St., Suite 600
Raleigh, NC 27601
(919) 862 2200
mike.kaeding@alston.com

Debolina Das
(*pro hac vice forthcoming*)
Alston & Bird LLP
90 Park Avenue
New York, NY 10016
(212) 210-9400
debolina.das@alston.com

*Attorneys for Defendants UnitedHealth Group, Inc.; Optum, Inc.; OptumInsight, Inc.; OptumInsight Life Sciences, Inc.; OptumRx, Inc.; OptumRx Discount Card Services, LLC; Optum Perks, LLC; OptumHealth Care Solutions, LLC; OptumHealth Holdings, LLC; and Optum Health Networks, Inc.*

- 4 -

**IT IS APPROVED AND SO ORDERED**:

                           **BY THE COURT:**

                        ***/s/ Gerald J. Pappert       11/25/25***
                        The Honorable Gerald J. Pappert
                        United States District Court Judge