IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CITY OF PHILADELPHIA,<br><br>　　PLAINTIFF,<br><br>v.<br><br>CVS HEALTH CORPORATION, ET AL<br><br>　　DEFENDANTS. | CIV. ACTION NO. 2:25-cv-6185 |

**ENTRY OF APPEARANCE**

TO THE CLERK OF THE COURT:

　　Kindly enter my appearance on behalf of Plaintiff, City of Philadelphia.

Date: <u>November 26, 2025</u>　　　　　　　By:　/s/ Stephen A. Sheller
　　　　　　　　　　　　　　　　　　　　　　　Stephen A. Sheller #3270
　　　　　　　　　　　　　　　　　　　　　　　SHELLER, P.C.
　　　　　　　　　　　　　　　　　　　　　　　1515 Market Street, Ste 1100
　　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19102
　　　　　　　　　　　　　　　　　　　　　　　(215) 790-7300
　　　　　　　　　　　　　　　　　　　　　　　sasheller@sheller.com

## CERTIFICATE OF SERVICE

      I, Stephen A. Sheller, hereby certify that I served the foregoing Notice of Entry of Appearance upon all counsel of record via the Court's electronic filing system.

Dated: <u>November 26, 2025</u>                                 <u>/s/ Stephen A. Sheller</u>
                                                                                STEPHEN A. SHELLER