# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CITY OF PHILADELPHIA,<br><br>              Plaintiff,<br>v.<br><br>CVS HEALTH CORPORATION, et al.<br><br>              Defendants | CIVIL ACTION NO: 2:25-cv-6185 |

## NOTICE OF APPEARANCE

**TO THE CLERK OF COURT:**

**PLEASE TAKE NOTICE** that Elisabeth B. Miller, and the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, file this Notice of Appearance as counsel for Defendants Medco Health Solutions, Inc., Express Scripts, Inc., Express Scripts Pharmacy, Inc., Evernorth Health, Inc. (f/k/a Express Scripts Holding Company), Express Scripts Specialty Distribution Services, Inc., Express Scripts Administrators, LLC, ESI Mail Pharmacy Service, Inc., and ESI Mail Order Processing, Inc.

Dated: November 26, 2025

                                                */s/ Elisabeth B. Miller*
                                                Elisabeth B. Miller (PA 335455)
                                                QUINN EMANUEL URQUHART
                                                & SULLIVAN, LLP
                                                295 5th Ave., 9th Floor
                                                New York, NY 10016
                                                (212) 849-7000
                                                elisabethmiller@quinnemanuel.com

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 26th day of November, I served the foregoing Notice of Appearance upon counsel for all parties by ECF notice.

<i>/s/ Elisabeth B. Miller</i><br>
Elisabeth B. Miller