# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CITY OF PHILADELPHIA,<br><br>                  Plaintiff,<br>v.<br><br>CVS HEALTH CORPORATION, et al.<br><br>                  Defendants | CIVIL ACTION NO: 2:25-cv-6185 |

**NOTICE OF APPEARANCE**

**TO THE CLERK OF COURT:**

    **PLEASE TAKE NOTICE** that Mark D. Villanueva, and the law firm of Stradley Ronon Stevens & Young, LLP, file this Notice of Appearance as counsel for Defendants CVS Health Corporation; CVS Pharmacy, Inc.; CareMark Rx, LLC; CareMark, LLC; CareMarkPCS Health, LLC; and AdvanceRX.com, LLC (D/B/A CareMarkPCS Pennsylvania Mail Pharmacy, LLC).

Dated:  December 5, 2025

/s/ *Mark Villanueva*
  Mark Villanueva (PA 89892)
  Stradley Ronon Stevens & Young, LLP
  2005 Market Street, Suite 2600
  Philadelphia, PA 19103
  mvillanueva@stradley.com
  P:  215-564-8159

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of December, I served the foregoing Notice of Appearance upon counsel for all parties by ECF notice.

*/s/ Mark D. Villanueva*
Mark D. Villanueva
