# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CITY OF PHILADELPHIA,<br><br>                        Plaintiff,<br>v.<br><br>CVS HEALTH CORPORATION, et al.<br><br>                        Defendants | CIVIL ACTION NO: 2:25-cv-6185 |

## **NOTICE OF APPEARANCE**

**TO THE CLERK OF COURT:**

**PLEASE TAKE NOTICE** that Robert J. Norcia, and the law firm of Stradley Ronon Stevens & Young, LLP, file this Notice of Appearance as counsel for Defendants CVS Health Corporation; CVS Pharmacy, Inc.; CareMark Rx, LLC; CareMark, LLC; CareMarkPCS Health, LLC; and AdvanceRX.com, LLC (D/B/A CareMarkPCS Pennsylvania Mail Pharmacy, LLC).

Dated:  December 5, 2025

/s/ *Robert J. Norcia*
   Robert J. Norcia, Esq.
   Stradley Ronon Stevens & Young, LLP
   2005 Market Street, Suite 2600
   Philadelphia, PA 19103
   rnorcia@stradley.com
   P:  215-564-8663

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of December, I served the foregoing Notice of Appearance upon counsel for all parties by ECF notice.

>             */s/ Robert J. Norcia*
>             Robert J. Norcia