IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CITY OF PHILADELPHIA | : | Case Number: 2:25-cv-06185 |
| | : | |
| v. | : | |
| | : | |
| CVS PHARMACY, INC., et al. | : | |

ORDER

AND NOW, this _____ day of _____ 2025, it is hereby

ORDERED that the motion to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.  The Clerk is DIRECTED to add __Aaron Chou__, Esquire as counsel for __CVS Pharmacy, Inc., CVS Health Corporation, Caremark Rx, L.L.C., Caremark, L.L.C., CaremarkPCS Health, L.L.C., AdvanceRx.com, L.L.C., and CaremarkPCS Pennsylvania Mail Pharmacy, LLC__.  __Aaron Chou__ is DIRECTED to request ECF filing access using their PACER Account[1].

☐ DENIED.

_____
Hon. Gerald J. Pappert, J.

---

[1] Instructions to request electronic filing access can be found on this court's website at For Attorneys | Eastern District of Pennsylvania | United States District Court (uscourts.gov).

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

Case Number  2:25-cv-06185

### MOTION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I, **MOVANT'S STATEMENT**

I, Aaron Chou the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) to represent CVS Pharmacy, Inc., et al. My sponsoring attorney will submit the $75.00 payment using their PACER account at the time of filing this motion.

A. I state that I am currently admitted to practice in the following state jurisdiction(s):

| (State where admitted) | (Admission Date) | (Attorney Identification Number) |
|---|---|---|
| District of Columbia | 12/17/2023 | 90020425 |
| New York | 04/21/2021 | 5865696 |
|  |  |  |

B. I state that I am currently admitted to practice in the following federal jurisdiction(s):

| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |
|---|---|---|
| U.S. Court of Appeals for the District of Columbia | 04/16/2025 | 66084 |
| U.S. District Court for the District of Columbia | 05/05/2025 | N/A |
|  |  |  |

C. I state that I am at present a member of the aforesaid bar(s) in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am seeking to enter my appearance for CVS Pharmacy, Inc., CVS Health Corporation, Caremark Rx, L.L.C., Caremark, L.L.C., CaremarkPCS Health, L.L.C., AdvanceRx.com, L.L.C., and CaremarkPCS Pennsylvania Mail Pharmacy, LLC

Name of Attorney: Aaron Chou

Firm Address: Zuckerman Spaeder LLP, 2100 L Street, NW, Suite 400, Washington, D.C. 20037

Telephone Number: (202) 778-1864

Email Address: Achou@zuckerman.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 8, 2025
(Date)                                                      (Movant's signature)

II., SPONSOR'S STATEMENT, MOTION, AND CERTIFICATE OF SERVICE

      The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of _____Aaron Chou_____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal court(s) and that the applicant's private and personal character is good.

| Steven Herman | *(signature)* | August 20, 2015 | 205832 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission Date) | Attorney ID Number |

SPONSOR'S OFFICE ADDRESS, EMAIL ADDRESS, AND TELEPHONE NUMBER

Zuckerman Spaeder LLP, 2100 L Street, NW, Suite 400, Washington, D.C. 20037

sherman@zuckerman.com

(202) 778-1883

*I declare under penalty of perjury that the foregoing is true and correct.*

Executed on ___December 8, 2025___       *(signature)*
      (Date)                                                (Sponsor's signature)

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CITY OF PHILADELPHIA<br><br>Plaintiff,<br><br>v.<br><br>CVS PHARMACY, INC., et al.<br><br>Defendants. | § § § § § § § § § § § § § § | Case No.  2:25-cv-06185 |

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the motion of Aaron Chou, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed order, which if granted, would permit such practice in this court to be served in accordance with Federal Rule of Civil Procedure 5(b).

December 8, 2025

Respectfully submitted,

By: Steven Herman
**ZUCKERMAN SPAEDER LLP**
*Attorney for Defendants*
*CVS Pharmacy, Inc., CVS Health Corporation, Caremark Rx, L.L.C., Caremark, L.L.C., CaremarkPCS Health, L.L.C., AdvanceRx.com, L.L.C., and CaremarkPCS Pennsylvania Mail Pharmacy, LLC*