IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

CITY OF PHILADELPHIA,                    :          Case Number:  2:25-cv-06185-GJP

                          Plaintiff      :
                                         :
          v.                             :
                                         :
CVS HEALTH CORPORATION et al.,           :
                                         :
                          Defendants.    :

ORDER

AND NOW, this _____ day of _____ 20___ , it is hereby

ORDERED that the motion to practice in this court pursuant to Local Rule of Civil Procedure

83.5.2(b) is

☐          GRANTED.  The Clerk is DIRECTED to add _____, Esquire as counsel for

_____.  _____ is DIRECTED to request ECF filing access

using their PACER Account[1].

☐          DENIED.

_____

                                                                              , J.

---

[1] Instructions to request electronic filing access can be found on this court's website at For Attorneys | Eastern District of Pennsylvania | United States District Court (uscourts.gov).

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

Case Number 2:25-cv-06185-GJP

***MOTION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT
PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)***

I, <u>MOVANT'S STATEMENT</u>

I, Michael Lyle the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) to represent See Exhibit A . My sponsoring attorney will submit the $75.00 payment using their PACER account at the time of filing this motion.

A. *I state that I am currently admitted to practice in the following state jurisdiction(s):*

| District of Columbia | 11/02/2001 | 475078 |
|---|---|---|
| (State where admitted) | (Admission Date) | (Attorney Identification Number) |
| Illinois | 11/10/1988 | 679927 |
| (State where admitted) | (Admission Date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission Date) | (Attorney Identification Number) |

B. *I state that I am currently admitted to practice in the following federal jurisdiction(s):*

| See Exhibit B | | |
|---|---|---|
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |

C. *I state that I am at present a member of the aforesaid bar(s) in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

*I am seeking to enter my appearance for* See Exhibit A

*Name of Attorney:* Michael Lyle

*Firm Address:* 1300 I St. NW, Suite 900, Washington, DC 20005

*Telephone Number:* 202-538-8000

*Email Address:* mikelyle@quinnemanuel.com

*I declare under penalty of perjury that the foregoing is true and correct.*

Executed on 12/5/2025 /s/ Michael Lyle
    *(Date)*                              *(Movant's signature)*

II., SPONSOR'S STATEMENT, MOTION, AND CERTIFICATE OF SERVICE

      The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of __Michael Lyle_____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal court(s) and that the applicant's private and personal character is good.

| Elisabeth B. Miller | /s/ Elisabeth B. Miller | 9/30/2024 | 335455 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission Date) | Attorney ID Number |

SPONSOR'S OFFICE ADDRESS, EMAIL ADDRESS, AND TELEPHONE NUMBER

Quinn Emanuel Urquhart & Sullivan, LLP, 295 5th Ave., 9th Flr., NY, NY 10016

elisabethmiller@quinnemanuel.com

212-849-7000

*I declare under penalty of perjury that the foregoing is true and correct.*

Executed on    12/8/2025                       /s/ Elisabeth B. Miller

            *(Date)*                                 *(Sponsor's signature)*

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

CITY OF PHILADELPHIA,                    :        Case Number: 2:25-cv-06185-GJP

                        Plaintiff        :

                                         :

v.                                       :

CVS HEALTH CORPORATION et al.,           :

                        Defendants.

CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the motion of __Michael Lyle__,

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed

order, which, if granted, would permit such practice in this court was served on as follows:

On all counsel of record via ECF.

/s/ Elisabeth B. Miller
_____
(Signature of Attorney)

Elisabeth B. Miller
_____
(Name of Attorney)

Express Scripts, Inc. et al.
_____
(Name of Moving Party)

12/8/2025
_____
(Date)

# EXHIBIT A

<u>Parties Represented by Movant</u>

- Medco Health Solutions, Inc.;

- Express Scripts, Inc.;

- Express Scripts Pharmacy, Inc.;

- Evernorth Health, Inc. (f/k/a Express Scripts Holding Company);

- Express Scripts Specialty Distribution Services, Inc.;

- Express Scripts Administrators, LLC;

- ESI Mail Pharmacy Service, Inc.; and

- ESI Mail Order Processing, Inc.

# EXHIBIT B

## Court Admissions

I, Mike Lyle, am admitted to practice law in the following courts:

**STATE COURT ADMISSIONS:**

| Court/Location | Admission Date | Bar Number |
|---|---|---|
| DC | 11/02/2001 | 475078 |
| Illinois | 11/10/1988 | 679927 |

**FEDERAL COURT ADMISSIONS:**

| Court/Location | Admission Date | Bar Number |
|---|---|---|
| United States Court of Appeals for the 2nd Circuit | December 2, 2015 | |
| United States Court of Appeals for the 4th Circuit | 3/19/1997 | |
| United States Court of Appeals for the 5th Circuit | 12/16/2011 | |
| United States Court of Appeals for the 7th Circuit | 12/15/1995 | |
| United States Court of Appeals for the 8th Circuit | 4/18/2002 | 02-0191 |
| District of Columbia District Court | 08/04/2005 | 475078 |
| Supreme Court of Illinois | 11/10/1988 | Registration #: 6199227 |
| Eastern District of Michigan | 2/1/1991 | |
| Western District of Michigan | 3/27/2007 | |
| Central District of Illinois | 4/24/1990 | |
| Northern District of Illinois | 1/11/1989 Court Bar Number: 6199227 Trial Bar: 11/14/1995 Renewed 2023 | |
| United States Supreme Court | March 28, 2005 | 254705 |