IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CITY OF PHILADELPHIA, *Plaintiff,* v. CVS HEALTH CORPORATION, et al., *Defendants.* | CIVIL ACTION NO. 25-6185 |

## ORDER

**AND NOW**, this 8th day of December, 2025, upon consideration of Defendants AdvanceRx.com, LLC, Caremark Rx, LLC, Caremark, LLC, CaremarkPCS Health L.L.C., CVS Health Corporation and CVS Pharmacy, Inc.'s Motions for Pro Hac Vice (Dkt. Nos. 51-54), it is hereby **ORDERED** that the Applications of Brian Beaton, Aaron Chou, Conor O'Croinin and Blair Brown are **GRANTED**.[1]

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.

---

[1] Counsel is directed to the United States District Court for the Eastern District of Pennsylvania's website to register for NextGen CM/ECF in the Eastern District. https://www.paed.uscourts.gov/nextgen-cmecf