IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

CITY OF PHILADELPHIA,  :   Case Number: 2:25-cv-06185-GJP
        Plaintiff  :
        :
v.  :
CVS HEALTH CORPORATION et al.  :
        Defendants.  :

ORDER

AND NOW, this _____ day of _____ 20__, it is hereby

ORDERED that the motion to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED. The Clerk is DIRECTED to add _____, Esquire as counsel for _____. _____ is DIRECTED to request ECF filing access using their PACER Account[1].

☐ DENIED.

_____
_____, J.

---

[1] Instructions to request electronic filing access can be found on this court's website at For Attorneys | Eastern District of Pennsylvania | United States District Court (uscourts.gov).

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

Case Number  2:25-cv-06185-GJP

**MOTION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)**

I, MOVANT'S STATEMENT

I, __Jonathan G. Cooper__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) to represent __See Exhibit A__. My sponsoring attorney will submit the $75.00 payment using their PACER account at the time of filing this motion.

A. I state that I am currently admitted to practice in the following state jurisdiction(s):

| (State where admitted) | (Admission Date) | (Attorney Identification Number) |
|---|---|---|
| District of Columbia | March 18, 2011 | 999764 |
| Maryland | December 15, 2009 | 0912150178 |
|  |  |  |

B. I state that I am currently admitted to practice in the following federal jurisdiction(s):

| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |
|---|---|---|
| See Exhibit B |  |  |
| See Exhibit B |  |  |
| See Exhibit B |  |  |

C. I state that I am at present a member of the aforesaid bar(s) in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am seeking to enter my appearance for __See Exhibit A__

Name of Attorney: Jonathan G. Cooper

Firm Address: 1300 I Street, NW, Suite 900, Washington, D.C. 20005

Telephone Number: 202-538-8146

Email Address: jonathancooper@quinnemanuel.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  December 5, 2025                    _____
      (Date)                                          (Movant's signature)

II., SPONSOR'S STATEMENT, MOTION, AND CERTIFICATE OF SERVICE

      The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of _____Jonathan G. Cooper_____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal court(s) and that the applicant's private and personal character is good.

| Elisabeth B. Miller | /s/ Elisabeth B. Miller | 9/30/2024 | 335455 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission Date) | Attorney ID Number |

SPONSOR'S OFFICE ADDRESS, EMAIL ADDRESS, AND TELEPHONE NUMBER

Quinn Emanuel Urquhart & Sullivan, LLP, 295 5th Ave., 9th Flr., NY, NY 10016

elisabethmiller@quinnemanuel.com

212-849-7000

*I declare under penalty of perjury that the foregoing is true and correct.*

*Executed on* _____12/8/2025_____    _____/s/ Elisabeth B. Miller_____
                    *(Date)*                              *(Sponsor's signature)*

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

CITY OF PHILADELPHIA,  :  Case Number: 2:25-cv-06185-GJP
:
Plaintiff :
v. :
:
CVS HEALTH CORPORATION et al. :
Defendants.

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the motion of  Jonathan G. Cooper  , Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed order, which, if granted, would permit such practice in this court was served on as follows:

On all counsel of record via ECF.

/s/ Elisabeth B. Miller
(Signature of Attorney)

Elisabeth B. Miller
(Name of Attorney)

Express Scripts, Inc. et al.
(Name of Moving Party)

12/8/2025
(Date)

# EXHIBIT A

## Parties Represented by Movant

- Medco Health Solutions, Inc.;

- Express Scripts, Inc.;

- Express Scripts Pharmacy, Inc.;

- Evernorth Health, Inc. (f/k/a Express Scripts Holding Company);

- Express Scripts Specialty Distribution Services, Inc.;

- Express Scripts Administrators, LLC;

- ESI Mail Pharmacy Service, Inc.; and

- ESI Mail Order Processing, Inc.

# EXHIBIT B

## Court Admissions

I, Jonathan Gordon Cooper, am admitted to practice law in the following courts:

| State Court | Date of Admission | Bar Number |
|---|---|---|
| Maryland | December 15, 2009 | Atty ID (no Bar#): 0912150178 |
| District of Columbia | March 18, 2011 | 999764 |

| Federal Courts | Date of Admission | Bar Number |
|---|---|---|
| U.S. Supreme Court | August 5, 2019 | N/A |
| U.S. Court of Appeals for the First Circuit | September 29, 2020 | 1196257 |
| U.S. Court of Appeals for the Second Circuit | May 29, 2018 | N/A |
| U.S. Court of Appeals for the Fourth Circuit | August 18, 2016 | N/A |
| U.S. Court of Appeals for the Fifth Circuit | July 28, 2022 | N/A |
| U.S. Court of Appeals for the Sixth Circuit | October 10, 2023 | N/A |
| U.S. Court of Appeals for the Seventh Circuit | February 24, 2010 | N/A |
| U.S. Court of Appeals for the Eighth Circuit | August 14, 2020 | 20-0244 |
| U.S. Court of Appeals for the Ninth Circuit | August 18, 2016 | N/A |
| U.S. Court of Appeals for the Eleventh Circuit | July 14, 2021 | N/A |
| U.S. Court of Appeals for the D.C. Circuit | May 31, 2017 | N/A |
| U.S. Court of Appeals for the Federal Circuit | November 3, 2015 | N/A |
| U.S. District Court for the District of Columbia | November 2, 2015 | 999764 |
| U.S. District Court for the District of Maryland | July 22, 2020 | 21345 |
| U.S. District Court for the Eastern District of Wisconsin | November 27, 2013 | 999764 |
| U.S. District Court for the Eastern District of Michigan | February 12, 2025 | NA |
| U.S. Court of International Trade | August 13, 2015 | N/A |

My status in each of these bars or courts is active.