IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CITY OF PHILADELPHIA,<br><br>   *Plaintiff*,<br><br> v.<br><br>CVS HEALTH CORPORATION, et al.,<br><br>   *Defendants*. | CIVIL ACTION<br>NO. 25-6185 |

## ORDER

 **AND NOW**, this 9th day of December, 2025, upon consideration of Defendants ESI Mail Order Processing, Inc., ESI Mail Pharmacy Service, Inc, Evernorth Health, Inc, Express Scripts Administrators, LLC, Express Scripts Pharmacy, Inc, Express Scripts Specialty Distribution Services, Inc., Express Scripts, Inc. and Medco Health Solutions, Inc.'s Motions for Pro Hac Vice (Dkt. Nos. 55 and 57), it is hereby

**ORDERED** that the Applications of Michael Lyle and Jonathan G. Cooper are **GRANTED**.[1]

               BY THE COURT:

               ***/s/ Gerald J. Pappert***
               Gerald J. Pappert, J.

---

[1] Counsel is directed to the United States District Court for the Eastern District of Pennsylvania's website to register for NextGen CM/ECF in the Eastern District.
https://www.paed.uscourts.gov/nextgen-cmecf