IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CITY OF PHILADELPHIA,<br><br>      Plaintiff,<br><br>v.<br><br>CVS HEALTH CORPORATION, et al.,<br><br>      Defendants. | No.  2:25-cv-06185-GJP |

**NOTICE OF WITHDRAWAL OF APPEARANCE
OF LINDSEY TITUS LEVY**

TO THE CLERK AND ALL PARTIES:

  Undersigned counsel hereby submits this notice of withdrawal of Lindsey Titus Levy of Morgan, Lewis & Bockius LLP as counsel of record for CVS Health Corporation, CVS Pharmacy, Inc., Caremark RX, LLC, Caremark LLC, CaremarkPCS Health, LLC, AdvanceRx.com, LLC, Express Scripts, Inc., Express Scripts Administrators, LLC, Medco Health Solutions, Inc., ESI Mail Order Processing, Inc., ESI Mail Pharmacy Service, Inc., Express Scripts Pharmacy, Inc., Evernorth Health, Inc., Express Scripts Specialty Distribution Services, Inc., UnitedHealth Group, Inc., Optum, Inc., OptumInsight, Inc., OptumInsight Life Sciences, Inc., OptumRx, Inc., OptumRx Discount Card Services, LLC, Optum Perks, LLC, OptumHealth Care Solutions, LLC, OptumHealth Holdings, LLC, and Optum Health Networks, Inc.

  Ms. Levy's appearance was entered in error, and neither she nor her firm are participants in this litigation.  Defendants will continue to be represented by other counsel of record.

      [Signature on following page]

                    Respectfully submitted,

Dated: December 10, 2025        BY:   <u>*Elisabeth B. Miller*</u>

## **CERTIFICATE OF SERVICE**

I declare under penalty of perjury that on this 10 day of December, 2025, the foregoing document was served on all counsel of record through this court's CM/ECF system.

*/s/ Elisabeth B. Miller*
