## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CITY OF PHILADELPHIA, | CIVIL ACTION NO: 2:25-cv-6185 |
| Plaintiff, | |
| v. | |
| CVS HEALTH CORPORATION, et al. | |
| Defendants | |

## NOTICE OF APPEARANCE

**TO THE CLERK OF COURT:**

**PLEASE TAKE NOTICE** that Ivano M. Ventresca, and the law firm of Zuckerman Spaeder LLP, file this Notice of Appearance as counsel for Defendants CVS Health Corporation; CVS Pharmacy, Inc.; CareMark Rx, LLC; CareMark, LLC; CareMarkPCS Health, LLC; and AdvanceRX.com, LLC (D/B/A CareMarkPCS Pennsylvania Mail Pharmacy, LLC).

Dated:  December 11, 2025

*/s/ Ivano M. Ventresca*
Ivano M. Ventresca (PA 316256)
Zuckerman Spaeder LLP
2100 L Street, NW
Suite 400
Washington, DC 20037
Phone: (202) 778-1842
Fax: (202) 822-8106
iventresca@zuckerman.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of December, I served the foregoing Notice of Appearance upon counsel for all parties by ECF notice.

/s/ Ivano M. Ventresca
Ivano M. Ventresca