UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CITY OF PHILADELPHIA,<br><br>    Plaintiff,<br><br>    v.<br><br>CVS HEALTH CORPORATION, *et al.*,<br><br>    Defendants. | No. 2:25-cv-06185-GJP |

**DEFENDANTS' CONSENT MOTION TO EXPAND PAGE LIMITS FOR BRIEFS SUPPORTING AND OPPOSING MOTIONS TO DISMISS**

1. Defendants[1] respectfully move this Court to expand the page limits for their briefs in support of their motions to dismiss the complaint in this action. The parties have conferred, and Plaintiff City of Philadelphia does not oppose the relief requested in the motion, as a professional courtesy, and provided it receives a similar expansion of the page limits for its opposing briefs.

2. Good cause supports an expansion of the page limits here, given the number of Defendants, the number of claims raised, and the legal issues involved. Plaintiff has brought eight separate claims under federal, state, and municipal law against three groups of Defendants. Those claims range from state-law public nuisance to state and municipal consumer-protection law to federal civil RICO.

---

[1] For purposes of this motion, "Defendants" include CVS Health Corporation; CVS Pharmacy, Inc.; Caremark Rx, LLC; Caremark, LLC; CaremarkPCS Health, LLC; AdvanceRx.com, LLC (d/b/a CaremarkPCS Pennsylvania Mail Pharmacy, LLC) (collectively "the CVS Caremark Defendants"); Express Scripts, Inc.; Express Scripts Administrators, LLC; Medco Health Solutions, Inc.; ESI Mail Order Processing, Inc.; ESI Mail Pharmacy Service, Inc.; Express Scripts Pharmacy, Inc; Evernorth Health, Inc. (f/k/a Express Scripts Holding Company); Express Scripts Specialty Distribution Services, Inc. (collectively" the Express Scripts Defendants"); UnitedHealth Group, Inc.; Optum, Inc.; OptumInsight, Inc.; OptumInsight Life Sciences, Inc.; OptumRx, Inc.; OptumRx Discount Card Services, LLC; Optum Perks, LLC; OptumHealth Care Solutions, LLC; OptumHealth Holdings, LLC; and OptumHealth Networks, Inc. ("the Optum Defendants").

10381339.1

3. Because most of the grounds for dismissal are common to all Defendants, Defendants believe that the parties' arguments and the Court's consideration of them will be facilitated by the filing of joint briefs regarding those grounds for dismissal. There are a smaller number of grounds for dismissal that pertain to a single defendant or corporate family of defendants. For example, the CVS Caremark Defendants are the only defendants named in the breach of contract claim, because they are the only defendants who are alleged to have contracts to provide pharmacy benefit management services to the City of Philadelphia. Some Defendants expect to raise defendant-specific arguments regarding personal jurisdiction. An expansion of the page limits will allow the parties to fully brief both joint and defendant-specific arguments for the Court's consideration.

3. The parties propose the following. Defendants shall file one joint brief in support of their motions to dismiss addressing most of the grounds for dismissal of Plaintiff's claims, and each family of related Defendants may file a single brief addressing grounds for dismissal specific to that family or one of its members. **Defendants' joint brief would be subject to a 50-page limit, and any brief filed on behalf of any family of Defendants would be subject to a 25-page limit. Plaintiff would receive an equal number of pages for their opposing briefs.**

4. This proposal would not alter the schedule already ordered by the Court. Defendants would submit any motions by January 15, 2026, Plaintiff would submit any oppositions by February 24, 2026, and Defendants would submit any replies by March 17, 2026. ECF No. 34.

5. Defendants respectfully request that the Court grant this motion and have included a proposed order for the Court's consideration.

10381339.1

| | |
|---|---|
| Dated: December 18, 2025 | Respectfully submitted, |
| <u>s/ Joseph I. Fontak</u> | <u>s/ Mark Villanueva</u> |

Joseph I. Fontak
LEADER BERKON COLAO
   & SILVERSTEIN LLP
1515 Market Street, Suite 1200
Philadelphia, PA 19102
(215) 755-0455
jfontak@leaderberkon.com

Brian D. Boone
(*pro hac vice forthcoming*)
ALSTON & BIRD LLP
Vantage South End
1120 South Tryon Street
Suite 300
Charlotte, NC 28203
(704) 444-1000
brian.boone@alston.com

Michael A. Kaeding
(*pro hac vice forthcoming*)
ALSTON & BIRD LLP
555 Fayetteville St., Suite 600
Raleigh, NC 27601
(919) 862 2200
mike.kaeding@alston.com

Debolina Das
(*pro hac vice forthcoming*)
ALSTON & BIRD LLP
90 Park Avenue
New York, NY 10016
(212) 210-9400
debolina.das@alston.com

*Attorneys for Defendants UnitedHealth Group, Inc.; Optum, Inc.; OptumInsight, Inc.; OptumInsight Life Sciences, Inc.; OptumRx, Inc.; OptumRx Discount Card Services, LLC; Optum Perks, LLC; OptumHealth Care Solutions, LLC; OptumHealth Holdings, LLC; and Optum Health Networks, Inc.*

Mark Villanueva (PA 89892)
Robert J. Norcia
STRADLEY RONON STEVEN
   & YOUNG LLP
205 Market Street, Suite 2600
Philadelphia, PA
(215) 564-8159
mvillanueva@stradley.com
rnocia@stradley.com

Blair G. Brown (admitted pro hac vice)
Steven N. Herman (PA 205832)
Ivano M. Ventresca (PA 316256)
Brian J. Beaton, Jr. (admitted pro hac vice)
Aaron Chou (admitted pro hac vice)
ZUCKERMAN SPAEDER LLP
2100 L Street, NW, Suite 400
Washington, DC 220037
(202) 778-1800
bbrown@zuckerman.com
sherman@zuckerman.com
iventresca@zuckerman.com
bbeaton@zuckerman.com
achou@zuckerman.com

Conor B. O'Croinin (admitted pro hac vice)
ZUCKERMAN SPAEDER LLP
100 East Pratt Street, Suite 2440
Baltimore, MD 21202
(410) 332-0444
cocroinin@zuckerman.com

*Attorneys for Defendants CVS Pharmacy, Inc., CVS Health Corporation, Caremark Rx, L.L.C., Caremark, L.L.C., CaremarkPCS Health, L.L.C., AdvanceRx.com, L.L.C., and CaremarkPCS Pennsylvania Mail Pharmacy, LLC*

3

10381339.1

*s/ Elisabeth Miller*
Elisabeth Miller (PA 335455)
David Mader (pro hac forthcoming)
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
295 5th Avenue
New York, NY 10016
(212) 849-7000
elisabethmiller@quinnemanuel.com
davidmader@quinnemanuel.com

Michael Lyle (admitted pro hac vice)
Jonathan G. Cooper (admitted pro hac vice)
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
1300 I Street NW, Suite 900
Washington, District of Columbia 20005
(202) 538-8000
mikelyle@quinnemanuel.com
jonathancooper@quinnemanuel.com

*Attorneys for Defendants Express Scripts, Inc., Express Scripts Administrators, LLC, Medco Health Solutions, Inc., ESI Mail Order Processing, Inc., ESI Mail Pharmacy Service, Inc., Express Scripts Pharmacy, Inc., Evernorth Health, Inc., Express Scripts Specialty Distribution Services, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that, on December 18, 2025, I caused the foregoing to be served on counsel of record via the Court's electronic case filing system.

*s/ Mark Villanueva*

Mark Villanueva

*Attorney for Defendants CVS Pharmacy, Inc., CVS Health Corporation, Caremark Rx, L.L.C., Caremark, L.L.C., CaremarkPCS Health, L.L.C., AdvanceRx.com, L.L.C., and CaremarkPCS Pennsylvania Mail Pharmacy, LLC*

10381339.1