UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CITY OF PHILADELPHIA,<br><br>  Plaintiff,<br><br>  v.<br><br>CVS HEALTH CORPORATION, *et al.*,<br><br>  Defendants. | No. 2:25-cv-06185-GJP |

**[PROPOSED] ORDER GRANTING DEFENDANTS' CONSENT MOTION TO EXPAND PAGE LIMITS FOR BRIEFS SUPPORTING AND OPPOSING MOTIONS TO DISMISS**

Upon consideration of Defendants' Consent Motion to Expand Page Limits for Briefs Supporting and Opposing Motions to Dismiss and upon finding that good cause exists for an expansion of the page limits for Defendants' and Plaintiffs' briefs, it is hereby

**ORDERED** that Defendants' consent motion is **GRANTED**; and it is hereby further

**ORDERED** that Defendants may submit a joint brief in support of their motions to dismiss up to 50 pages in length and each of the three corporate families of Defendants may file a separate motion to dismiss up to 25 pages in length raising grounds for dismissal not included in the joint motion. Plaintiff may submit briefs of equal length opposing the motions to dismiss; and it is hereby

**ORDERED** that this order shall not alter the briefing schedule already set by the Court.

**SO ORDERED**.

Dated: _____

_____
The Honorable Gerald J. Pappert
United States District Judge