IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CITY OF PHILADELPHIA,<br><br>       *Plaintiff,*<br><br>  v.<br><br>CVS HEALTH CORPORATION, et al.,<br><br>       *Defendants.* | CIVIL ACTION<br>NO. 25-6185 |

### ORDER

**AND NOW**, this 23rd day of December, 2025, Defendants' Consent Motion to Expand Page Limits for Briefs Supporting and Opposing Motions to Dismiss (Dkt. No. 71) is **GRANTED in PART** and **DENIED in PART** as follows:

1. Defendants may file a joint brief not exceeding 40 pages;

2. Each family of related Defendants may file a single brief addressing grounds for dismissal specific to that family or one of its members not exceeding 15 pages;

3. The City of Philadelphia may file responses with the same page limits; and

4. There will be no Reply Briefs and the final sentence of the parties' Amended Stipulation (Dkt. No. 34) is **VACATED** accordingly.

                                                BY THE COURT:

                                                */s/ Gerald J. Pappert*
                                                Gerald J. Pappert, J.