IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CITY OF PHILADELPHIA, | : | Case Number: 2:25-cv-06185 |
| Plaintiff, | : | |
| v. | : | |
| CVS PHARMACY, INC., et al., | : | |
| Defendants. | : | |

ORDER

AND NOW, this _____ day of _____ 20 ___, it is hereby

ORDERED that the motion to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED. The Clerk is DIRECTED to add __Brian D. Boone__, Esquire as counsel for UnitedHealth Group, Inc., Optum, Inc., OptumInsight, Inc., OptumInsight Life Sciences, Inc., OptumRx, Inc., OptumRx Discount Card Services, LLC, Optum Perks, LLC, OptumHealth Care Solutions, LLC, OptumHealth Holdings, LLC, and Optum Health Networks, Inc. . __Brian D. Boone__ is DIRECTED to request ECF filing access using their PACER Account[1].

☐ DENIED.

_____, J.
Hon. Gerald J. Pappert

---

[1] Instructions to request electronic filing access can be found on this court's website at For Attorneys | Eastern District of Pennsylvania | United States District Court (uscourts.gov).

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

Case Number 2:25-cv-06185

## MOTION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I. MOVANT'S STATEMENT

I, __Brian D. Boone__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) to represent __UnitedHealth Group, Inc., et al.__. My sponsoring attorney will submit the $75.00 payment using their PACER account at the time of filing this motion.

A. I state that I am currently admitted to practice in the following state jurisdiction(s):

| (State where admitted) | (Admission Date) | (Attorney Identification Number) |
|---|---|---|
| (see attached) | | |
| | | |
| | | |

B. I state that I am currently admitted to practice in the following federal jurisdiction(s):

| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |
|---|---|---|
| (see attached) | | |
| | | |
| | | |

C. I state that I am at present a member of the aforesaid bar(s) in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am seeking to enter my appearance for  UnitedHealth Group, Inc., Optum, Inc., OptumInsight, Inc., OptumInsight Life Sciences, Inc., OptumRx, Inc., OptumRx Discount Card Services, LLC, Optum Perks, LLC, OptumHealth Care Solutions, LLC, OptumHealth Holdings, LLC, and Optum Health Network s, Inc.

Name of Attorney: Brian D. Boone

Firm Address: Alston & Bird LLP, 1120 South Tryon Street, Ste. 300, Charlotte, NC 28203

Telephone Number: (704) 444-1000

Email Address: brian.boone@alston.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 12/23/2025
(Date)

(Movant's signature)

## BAR ADMISSIONS OF BRIAN D. BOONE

| State Bar Admissions | Date of Admission | Bar/Reg. No. |
|---|---|---|
| District of Columbia Court | 987633 | 05/01/2009 |
| Georgia State Court | 182354 | 11/08/2007 |
| North Carolina State Court | 38910 | 12/12/2008 |
| **U.S. District Court Bar Admissions** | **Date of Admission** | **Bar/Reg. No.** |
| U.S. District Court for the Eastern District of North Carolina | 03/07/2012 | N/A |
| U.S. District Court for the Western District of North Carolina | 03/06/2012 | N/A |
| **U.S. District Court Bar Admissions** | **Date of Admission** | **Bar/Reg. No.** |
| U.S. Court of Appeals for the D.C. Circuit | 09/17/2018 | N/A |
| U.S. Court of Appeals for the Eleventh Circuit | 09/06/2013 | N/A |
| U.S. Court of Appeals for the Federal Circuit | 12/22/2014 | N/A |
| U.S. Court of Appeals for the Fifth Circuit | 03/23/2022 | N/A |
| U.S. Court of Appeals for the Fourth Circuit | 05/14/2008 | N/A |
| U.S. Court of Appeals for the Ninth Circuit | 12/05/2011 | N/A |
| U.S. Court of Appeals for the Second Circuit | 12/09/2013 | N/A |
| U.S. Court of Appeals for the Sixth Circuit | 11/30/2022 | N/A |
| U.S. Court of Appeals for the Tenth Circuit | 05/03/2023 | N/A |
| U.S. Court of Appeals for the Third Circuit | 03/26/2015 | N/A |
| United States Supreme Court | 10/31/2011 | N/A |

II., SPONSOR'S STATEMENT, MOTION, AND CERTIFICATE OF SERVICE

    The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ___Brian D. Boone___ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal court(s) and that the applicant's private and personal character is good.

| Joseph I. Fontak | *[signature]* | 3/09/2011 | 310087 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission Date) | Attorney ID Number |

SPONSOR'S OFFICE ADDRESS, EMAIL ADDRESS, AND TELEPHONE NUMBER

Leader Berkon Colao & Silverstein LLP, 1515 Market Street, Suite 1200, Philadelphia, PA 19102

jfontak@leaderberkon.com

(215) 755-0455

*I declare under penalty of perjury that the foregoing is true and correct.*

*Executed on* **December 29, 2025**     _____*[signature]*_____
         *(Date)*                                 *(Sponsor's signature)*

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CITY OF PHILADELPHIA, | : | Case Number: 2:25-cv-06185 |
| Plaintiff, | : | |
| v. | : | |
| CVS PHARMACY, INC., et al., | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the motion of __Brian D. Boone__, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed order, which, if granted, would permit such practice in this court was served on as follows:

On all counsel of record via ECF on December 29, 2025

_____
(Signature of Attorney)

Joseph I. Fontak
(Name of Attorney)

UnitedHealth Group, Inc., et al.
(Name of Moving Party)

December 29, 2025
(Date)