IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CITY OF PHILADELPHIA, | : | Case Number: __2:25-cv-06185__ |
| Plaintiff, | : | |
| v. | : | |
| CVS PHARMACY, INC., et al., | : | |
| Defendant. | : | |

ORDER

AND NOW, this _____ day of _____ 20___, it is hereby

ORDERED that the motion to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED. The Clerk is DIRECTED to add __Matthew J. Porpora__, Esquire as counsel for __UnitedHealth Group, Inc., Optum, Inc., OptumInsight, Inc., OptumInsight Life Sciences, Inc., OptumRx, Inc., OptumRx Discount Card Services, LLC,, Optum Perks, LLC, OptumHealth Care Solutions, LLC, OptumHealth Holdings, LLC, and Optum Health Networks, Inc.__. __Matthew J. Porpora__ is DIRECTED to request ECF filing access using their PACER Account[1]

☐ DENIED.

_____
Hon. Gerald J. Pappert, J.

---

[1] Instructions to request electronic filing access can be found on this court's website at For Attorneys | Eastern District of Pennsylvania | United States District Court (uscourts.gov).

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

Case Number  2:25-cv-06185

## MOTION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I, MOVANT'S STATEMENT

I, __Matthew J. Porpora__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) to represent __UnitedHealth Group, Inc., et al.__. My sponsoring attorney will submit the $75.00 payment using their PACER account at the time of filing this motion.

A. I state that I am currently admitted to practice in the following state jurisdiction(s):

| (See attached) | | |
|---|---|---|
| (State where admitted) | (Admission Date) | (Attorney Identification Number) |
| (State where admitted) | (Admission Date) | (Attorney Identification Number) |
| (State where admitted) | (Admission Date) | (Attorney Identification Number) |

B. I state that I am currently admitted to practice in the following federal jurisdiction(s):

| (See attached) | | |
|---|---|---|
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |

C. I state that I am at present a member of the aforesaid bar(s) in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am seeking to enter my appearance for __UnitedHealth Group, Inc., Optum, Inc., OptumInsight, Inc., OptumInsight Life Sciences, Inc., OptumRx, Inc., OptumRx Discount Card Services, LLC,, Optum Perks, LLC, OptumHealth Care Solutions, LLC, OptumHealth Holdings, LLC, and Optum Health Networks, Inc.__

Name of Attorney: __Matthew J. Porpora__

Firm Address: __Sullivan & Cromwell LLP, 125 Broad Street, New York, NY 10004__

Telephone Number: __(212) 558-4028__

Email Address: __porporam@sullcrom.com__

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __1/12/26__
(Date)

(Movant's signature)

## Bar Admissions of Matthew J. Porpora

| State Bar Admissions | Date of Admission | Bar Reg. No. |
|---|---|---|
| New York | 06/21/2006 | 4402798 |
| **Federal District Court Bar Admissions** | **Date of Admission** | **Bar Reg. No.** |
| U.S. District Court for the Eastern District of New York | 03/28/2008 | N/A |
| U.S. District Court for the Southern District of New York | 04/28/2008 | MP0626 |
| **Federal Appellate Court Bar Admissions** | **Date of Admission** | **Bar Reg. No.** |
| U.S. Court of Appeals for the Second Circuit | 01/25/2010 | N/A |
| U.S. Court of Appeals for the Ninth Circuit | 06/10/2013 | N/A |

II. SPONSOR'S STATEMENT, MOTION, AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of __Matthew J. Porpora__ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal court(s) and that the applicant's private and personal character is good.

| Joseph I. Fontak | *[signature]* | 3/09/2011 | 310087 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission Date) | Attorney ID Number |

SPONSOR'S OFFICE ADDRESS, EMAIL ADDRESS, AND TELEPHONE NUMBER

Leader Berkon Colao & Silverstein LLP, 1515 Market Street, Suite 1200, Philadelphia, PA 19012

jfontak@leaderberkon.com

(215) 755-0455

*I declare under penalty of perjury that the foregoing is true and correct.*

Executed on __January 14, 2026__   *[signature]*
(Date)   (Sponsor's signature)

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

CITY OF PHILADELPHIA, : Case Number: 2:25-cv-06185

    Plaintiff,
    v.

CVS PHARMACY, INC., et al.,

    Defendants.

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the motion of **Matthew J. Porpora**, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed order, which, if granted, would permit such practice in this court was served on as follows:

_____
(Signature of Attorney)

Joseph I. Fontak
(Name of Attorney)

UnitedHealth Group, Inc., et al.
(Name of Moving Party)

January 14, 2026
(Date)