IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CITY OF PHILADELPHIA,<br><br>   *Plaintiff,*<br><br> v.<br><br>CVS HEALTH CORPORATION, et al.,<br><br>   *Defendants*. | CIVIL ACTION<br>NO. 25-6185 |

# ORDER

**AND NOW**, this 14th day of January, 2026, upon consideration of Defendants Optum Health Networks, Inc, Optum Perks, LLC, Optum Inc., OptumHealth Care Solutions, LLC, OptumHealth Holdings, LLC OptumInsight Life Sciences, Inc., OptumInsight, Inc., OptumRx Discount Card Services, LLC, OptumRx Inc, and UnitedHealth Group, Inc.'s Motions for Pro Hac Vice (Dkt. Nos. 77, 78 and 79), it is hereby **ORDERED** that the Applications of Matthew J. Porpora, Jeffrey T. Scott and Robert J. Giuffra, Jr. are **GRANTED**.[1]

                 BY THE COURT:

                 ***/s/ Gerald J. Pappert***
                 Gerald J. Pappert, J.

---

[1] Counsel is directed to the United States District Court for the Eastern District of Pennsylvania's website to register for NextGen CM/ECF in the Eastern District. https://www.paed.uscourts.gov/nextgen-cmecf