UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

City of Philadelphia,

    *Plaintiff*,

v.

CVS Health Corporation *et al.*,

    *Defendants*.

Case No.: 2:25-cv-6185-GJP

**CORPORATE DISCLOSURE STATEMENT**

In accordance with Federal Rule of Civil Procedure 7.1(a)(1), Defendants Express Scripts, Inc.; Express Scripts Administrators, LLC; ESI Mail Order Processing, Inc.; ESI Mail Pharmacy Service, Inc.; Express Scripts Pharmacy, Inc.; Medco Health Solutions, Inc.; Evernorth Health, Inc.; and Express Scripts Specialty Distribution Services, Inc. make the following disclosures.

1. ESI Mail Order Processing, Inc., is a wholly owned subsidiary of Express Scripts, Inc.

2. ESI Mail Pharmacy Service, Inc., is a wholly owned subsidiary of Express Scripts, Inc.

3. Express Scripts Specialty Distribution Services, Inc., is a wholly owned subsidiary of Express Scripts, Inc.

4. Express Scripts, Inc., is a wholly owned subsidiary of Evernorth Health, Inc.

5. Express Scripts Administrators LLC, is a limited liability company whose sole member is Medco Health Solutions, Inc.

6. Express Scripts Pharmacy, Inc., is a wholly owned subsidiary of Medco Health Solutions, Inc.

7. Medco Health Solutions, Inc., is a wholly owned subsidiary of Evernorth Health, Inc.

8. All interests in Evernorth Health, Inc., are held by The Cigna Group, a publicly traded company. The Cigna Group has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Respectfully submitted, this 15th day of January, 2026.

                              QUINN EMANUEL URQUHART &
                                 SULLIVAN, LLP

*/s/ Elisabeth B. Miller*
Elisabeth B. Miller (PA 335455)
David Mader (*pro hac vice* forthcoming)
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
295 5th Avenue, 9th Floor
New York, NY 10016
(212) 849-7000
elisabethmiller@quinnemanuel.com
davidmader@quinnemanuel.com

Michael Lyle (admitted *pro hac vice*)
Jonathan G. Cooper (admitted *pro hac vice*)
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
555 13th Street NW, Suite 600
Washington, District of Columbia 20004
(202) 538-8000
mikelyle@quinnemanuel.com
jonathancooper@quinnemanuel.com

*Attorneys for Defendants Express Scripts, Inc., Express Scripts Administrators, LLC, Medco Health Solutions, Inc., ESI Mail Order Processing, Inc., ESI Mail Pharmacy Service, Inc., Express Scripts Pharmacy, Inc., Evernorth Health, Inc., Express Scripts Specialty Distribution Services, Inc.*