UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CITY OF PHILADELPHIA,<br><br>　　Plaintiff<br><br>　v.<br><br>CVS HEALTH CORPORATION, *et al.*,<br><br>　　Defendants. | No. 2:25-cv-06185-GJP<br><br>ORAL ARGUMENT REQUESTED |

## CVS DEFENDANTS' MOTION TO DISMISS

1.　Pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6), all CVS entities named in the Complaint, including CVS Health Corporation; CVS Pharmacy, Inc.; Caremark Rx, L.L.C.; Caremark, L.L.C.; CaremarkPCS Health, L.L.C.; AdvanceRx.com, L.L.C.; and CaremarkPCS Pennsylvania Mail Pharmacy, LLC (collectively, "CVS Defendants") respectfully move this Court for an order dismissing the Complaint (ECF 1) as to them.

2.　In support of this motion, the CVS Defendants submit their Separate Brief in Support of Their Motion to Dismiss addressing (a) the breach of contract claim, (b) lack of personal jurisdiction over Defendants CVS Health Corporation and Caremark Rx, L.L.C., and (3) the impact on multiple claims of the Commonwealth of Pennsylvania's release of claims as to CVS. The grounds for dismissal are fully described in the CVS Defendants' separate brief.

3.　Additionally, the CVS Defendants join the joint motion to dismiss filed by all Defendants in this case. The grounds for dismissal as to all Defendants are contained in Defendants' Joint Brief in Support of Their Motions to Dismiss the Complaint for Failure to State a Claim, which addresses the public nuisance, Pennsylvania Unfair Trade Practices and Consumer Protection Law, Philadelphia Consumer Protection Ordinance, negligence and gross negligence, civil RICO, civil

conspiracy, and concerted action claims. CVS Health Corporation and Caremark Rx, L.L.C. join the joint motion without waiving their defense of a lack of personal jurisdiction.

4. The CVS Defendants respectfully request oral argument on this motion.

| | |
|---|---|
| Dated: January 15, 2026 | Respectfully submitted, |
| | |
| | s/ Mark Villanueva |
| | |
| | Mark Villanueva (PA 89892) |
| | Robert J. Norcia (PA 321509) |
| | STRADLEY RONON STEVEN |
| |   & YOUNG LLP |
| | 205 Market Street, Suite 2600 |
| | Philadelphia, PA |
| | (215) 564-8159 |
| | mvillanueva@stradley.com |
| | rnocia@stradley.com |
| | |
| | Blair G. Brown (admitted pro hac vice) |
| | Steven N. Herman (PA 205832) |
| | Ivano M. Ventresca (PA 316256) |
| | Brian J. Beaton, Jr. (admitted pro hac vice) |
| | Aaron Chou (admitted pro hac vice) |
| | ZUCKERMAN SPAEDER LLP |
| | 2100 L Street, NW, Suite 400 |
| | Washington, DC 220037 |
| | (202) 778-1800 |
| | bbrown@zuckerman.com |
| | sherman@zuckerman.com |
| | iventresca@zuckerman.com |
| | bbeaton@zuckerman.com |
| | achou@zuckerman.com |
| | |
| | Conor B. O'Croinin (admitted pro hac vice) |
| | ZUCKERMAN SPAEDER LLP |
| | 100 East Pratt Street, Suite 2440 |
| | Baltimore, MD 21202 |
| | (410) 332-0444 |
| | cocroinin@zuckerman.com |
| | |
| | *Attorneys for Defendants CVS Pharmacy, Inc., CVS Health Corporation, Caremark Rx, L.L.C., Caremark, L.L.C., CaremarkPCS Health, L.L.C., AdvanceRx.com, L.L.C., and CaremarkPCS Pennsylvania Mail Pharmacy, LLC* |

## CERTIFICATE OF SERVICE

      I hereby certify that, on January 15, 2026, I caused the foregoing to be served on counsel of record via the Court's electronic case filing system.

      *s/ Mark Villanueva*

      Mark Villanueva

      *Attorney for Defendants CVS Pharmacy, Inc., CVS Health Corporation, Caremark Rx, L.L.C., Caremark, L.L.C., CaremarkPCS Health, L.L.C., AdvanceRx.com, L.L.C., and CaremarkPCS Pennsylvania Mail Pharmacy, LLC*