# EXHIBIT 6

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CITY OF PHILADELPHIA,<br><br>*Plaintiff*<br><br>–v–<br><br>CVS HEALTH CORPORATION, *et al.*,<br><br>*Defendants.* | Case No. 2:25–cv–06185–GJP<br><br>The Honorable Gerald J. Pappert |

## DECLARATION OF THOMAS S. MOFFATT

In accordance with 28 U.S.C. § 1746, I, Thomas S. Moffatt, declare as follows:

1. I have personal knowledge of the matters stated in this declaration, and they are true and correct to the best of my knowledge. I am authorized to make this declaration on behalf of Defendants CVS Health Corporation and Caremark Rx, L.L.C. I authorize the use of this declaration in connection with the above-captioned lawsuit.

2. I have been employed by CVS Pharmacy, Inc. ("CVS Pharmacy"), a wholly owned subsidiary of CVS Health Corporation, or a direct subsidiary of CVS Pharmacy, since 1997. I currently hold the position of Vice President, Corporate Secretary and Senior Legal Counsel—Corporate Services of CVS Pharmacy.

3. In that capacity, I am familiar with the corporate structure of CVS Health Corporation. Over the past 28 years in my role at CVS Pharmacy, I have become familiar with the nature of the primary business functions of CVS Health Corporation and its direct and indirect subsidiaries, including Caremark Rx, L.L.C.

10391768.1

4.     CVS Health Corporation is a holding company. Its primary functions are to issue stock that is traded on the New York Stock Exchange and to file reports with the U.S. Securities and Exchange Commission. While CVS Health Corporation also performs certain other functions related to these primary functions, it performs no operations that are unrelated to its status as a holding company.

5.     CVS Health Corporation is a corporation organized under the laws of the State of Delaware and maintains its principal place of business in the State of Rhode Island.

6.     Caremark Rx, L.L.C. is a limited liability company organized under the laws of Delaware. It too maintains its principal place of business in Rhode Island. Like CVS Health Corporation, Caremark Rx, L.L.C. is a holding company. It is not a publicly traded company, but its business functions are similar to CVS Health Corporation in that they pertain exclusively to its role as a holder of corporate interests.

7.     Caremark Rx, L.L.C. has never had any direct involvement in the direction, management, or supervision of operations or employees of any directly- or indirectly-owned subsidiary, or of any other affiliate, including any which at any time was engaged in pharmacy benefit management services.

8.     In the following paragraphs, I refer to both CVS Health Corporation and Caremark Rx, L.L.C. as "the CVS Holding Companies."

9.     Neither of the CVS Holding Companies provides any pharmacy benefit management services.

10. Neither of the CVS Holding Companies has direct involvement in directing, managing, or supervising the operations or the employees of any of its direct or indirect subsidiary companies.

11. In particular, neither of the CVS Holding Companies operates or directs the functions of any subsidiary that provides any pharmacy benefit management services. Neither holding company plays a role in the development of formularies used in connection with pharmacy benefit management. Nor does either holding company operate or direct the functions of any subsidiary engaged in mail order pharmacy services.

12. Neither of the CVS Holding Companies has offices or facilities in Pennsylvania, and none of their limited business functions regularly occur there.

13. Neither of the CVS Holding Companies has direct assets, income, employees, or operations in Pennsylvania.

14. Neither of the CVS Holding Companies is licensed or registered to do business in Pennsylvania. Neither has a registered agent for service of process in Pennsylvania, and neither is regulated by any Pennsylvania agency.

15. CVS Health Corporation maintains agreements with a limited number of senior executives who are officers of CVS Health Corporation and who are employed by and provide services to various subsidiaries of CVS Health Corporation. None of these officers is located in Pennsylvania.

16. Each of the CVS Holding Companies is a separate and distinct entity from CVS Pharmacy, Inc.; CaremarkPCS Health, L.L.C., AdvanceRx.com, L.L.C., and

10391768.1

CaremarkPCS Pennsylvania Mail Pharmacy, LLC, which are also separate and distinct entities from each other. All of these entities observe and enforce corporate formalities. None of these entities is a reporting division of CVS Health Corporation. Nor are any of these entities a reporting division of Caremark Rx, L.L.C. Rather, they are separate entities, each of which has its own governing documents; maintains its own corporate records, bank accounts, and financial records; files its own tax returns (for jurisdictions where they are required to file separately)*; funds its own operations, if any; bears responsibility for its own debts, if any; and has its own managers or board of directors, who meet separately from the board of directors of CVS Health Corporation.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 8th day of January, 2026, in Rhode Island.

*signature*

Thomas S. Moffatt

---

* AdvanceRx.com, L.L.C. and CaremarkPCS Pennsylvania Mail Pharmacy, LLC are separate entities, but CaremarkPCS Pennsylvania Mail Pharmacy, LLC uses the federal employment identification number of AdvanceRx.com, L.L.C., its parent.

10391768.1