UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CITY OF PHILADELPHIA,<br><br>    Plaintiff,<br><br>    v.<br><br>CVS HEALTH CORPORATION, *et al.*,<br><br>    Defendants. | No. 2:25-cv-06185-GJP |

**[PROPOSED] ORDER GRANTING CVS DEFENDANTS' MOTION TO DISMISS**

On January 15, 2026, CVS Health Corporation; CVS Pharmacy, Inc.; Caremark Rx, L.L.C.; Caremark, L.L.C.; CaremarkPCS Health, L.L.C.; AdvanceRx.com, L.L.C.; and CaremarkPCS Pennsylvania Mail Pharmacy, LLC (collectively, "CVS Defendants") filed a motion to dismiss the Complaint. Upon consideration of the CVS Defendants' Separate Brief in Support of Their Motion to Dismiss, it is hereby

**ORDERED** that Defendants CVS Health Corporation and Caremark Rx, L.L.C., are dismissed for lack of personal jurisdiction;

**ORDERED** that the CVS Defendants' motion to dismiss is **GRANTED**; and

**ORDERED** that the Complaint (ECF 1) is dismissed in full with prejudice as to the CVS Defendants.

**SO ORDERED**.

Dated: _____  

_____
The Honorable Gerald J. Pappert
United States District Judge