IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CITY OF PHILADELPHIA,<br>　　　　　Plaintiff,<br><br>vs.<br><br>CVS HEALTH CORPORATION; et al<br>　　　　　Defendants. | No. 2:25-cv-06185-GJP<br><br>ORAL ARGUMENT REQUESTED |

1.　Defendants OptumInsight Life Sciences, Inc., OptumRx Discount Card Services, LLC, Optum Perks, LLC, and OptumHealth Holdings, LLC respectfully move for an order dismissing the Complaint (ECF No. 1) for lack of personal jurisdiction under Federal Rule of Civil Procedure 12(b)(2).

2.　Additionally, Defendants UnitedHealth Group, Inc., Optum, Inc., OptumInsight, Inc., OptumInsight Life Sciences, Inc., OptumRx Discount Card Services, LLC, Optum Perks, LLC, OptumHealth Networks, Inc., LLC, OptumHealth Care Solutions, LLC, and OptumHealth Holdings, LLC move for an order dismissing the Complaint for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6).

3.　In support of these motions is an accompanying Memorandum of Law, which sets forth all grounds for dismissal of the claims with prejudice.

4.　Additionally, Defendants UnitedHealth Group, Inc., Optum, Inc., OptumInsight, Inc., OptumInsight Life Sciences, Inc., OptumRx Discount Card Services, LLC, Optum Perks, LLC, OptumHealth Networks, Inc., OptumHealth Care Solutions, LLC, and OptumHealth Holdings, LLC join the joint motion to dismiss filed by all Defendants in this case without waiving their defense of a lack of personal jurisdiction. The grounds for dismissal as to all Defendants are contained in Defendants' Joint Brief in Support of Their Motions to Dismiss the Complaint for

Failure to State a Claim, which addresses the public nuisance, Pennsylvania Unfair Trade Practices and Consumer Protection Law, Philadelphia Consumer Protection Ordinance, negligence and gross negligence, civil RICO, civil conspiracy, and concerted action claims.

5. UnitedHealth Group, Inc., Optum, Inc., OptumInsight, Inc., OptumInsight Life Sciences, Inc., OptumRx Discount Card Services, LLC, Optum Perks, LLC, OptumHealth Networks, Inc., OptumHealth Care Solutions, LLC, and OptumHealth Holdings, LLC respectfully request oral argument on this motion.

Dated: January 15, 2026	  /s/ Joseph I. Fontak

Joseph I. Fontak
**LEADER BERKON COLAO & SILVERSTEIN LLP**
1515 Market Street, Suite 1200
Philadelphia, PA 19102
(215) 755-0455
jfontak@leaderberkon.com

Brian D. Boone (admitted *pro hac vice*)
**ALSTON & BIRD LLP**
1120 South Tryon Street, Suite 300
Charlotte, NC 28203
(704) 444-1000
brian.boone@alston.com

Michael A. Kaeding (admitted *pro hac vice*)
**ALSTON & BIRD LLP**
555 Fayetteville St., Suite 600
Raleigh, NC 27601
(919) 862 2200
mike.kaeding@alston.com

Debolina Das (admitted *pro hac vice*)
**ALSTON & BIRD LLP**
90 Park Avenue
New York, NY 10016
(212) 210-9400
debolina.das@alston.com

Robert J. Giuffra, Jr. (admitted *pro hac vice*)
Jeffrey T. Scott (admitted *pro hac vice*)
Matthew J. Porpora (admitted *pro hac vice*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10014
(212) 558-4000
giuffrar@sullcrom.com
scottj@sullcrom.com
porporam@sullcrom.com

*Attorneys for UnitedHealth Group, Inc., Optum, Inc., OptumInsight, Inc., OptumInsight Life Sciences, Inc., OptumRx Discount Card Services, LLC, Optum Perks, LLC, OptumHealth Networks, Inc., OptumHealth Care Solutions, LLC, and OptumHealth Holdings, LLC*