IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CITY OF PHILADELPHIA,<br>　　　　　　Plaintiff,<br><br>vs.<br><br>CVS HEALTH CORPORATION; et al<br>　　　　　　Defendants. | No. 2:25-cv-06185-GJP<br><br>ORAL ARGUMENT REQUESTED |

**[PROPOSED] ORDER GRANTING CERTAIN DEFENDANTS' MOTION TO DISMISS**

On January 15, 2026, Defendants UnitedHealth Group, Inc., Optum, Inc., OptumInsight, Inc., OptumInsight Life Sciences, Inc., OptumRx Discount Card Services, LLC, Optum Perks, LLC, OptumHealth Networks, Inc., OptumHealth Care Solutions, LLC, and OptumHealth Holdings, LLC filed a motion to dismiss the Complaint (ECF No. 1). Upon the parties' submissions, briefing, and arguments at the hearing, it is hearby

**ORDERED** that Defendants OptumInsight Life Sciences, Inc., OptumRx Discount Card Services, LLC, Optum Perks, LLC, and OptumHealth Holdings, LLC are dismissed for lack of personal jurisdiction;

**ORDERED** that Defendants' UnitedHealth Group, Inc., Optum, Inc., OptumInsight, Inc., OptumInsight Life Sciences, Inc., OptumRx Discount Card Services, LLC, Optum Perks, LLC, OptumHealth Networks, Inc., LLC, OptumHealth Care Solutions, LLC, and OptumHealth Holdings, LLC motion to dismiss is **GRANTED**; and

**ORDERED** that the Complaint (ECF No. 1) is dismissed in full with prejudice as to UnitedHealth Group, Inc., Optum, Inc., OptumInsight, Inc., OptumInsight Life Sciences, Inc., OptumRx Discount Card Services, LLC, Optum Perks, LLC, OptumHealth Networks, Inc., OptumHealth Care Solutions, LLC, and OptumHealth Holdings, LLC.

**SO ORDERED**.

Dated: _____                    _____
                                           The Honorable Gerald J. Pappert
                                           United States District Judge