UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CITY OF PHILADELPHIA,<br><br>    Plaintiff,<br><br>    v.<br><br>CVS HEALTH CORPORATION, *et al.*,<br><br>    Defendants. | No. 2:25-cv-06185-GJP<br><br>ORAL ARGUMENT REQUESTED |

**<u>MOTION TO DISMISS THE COMPLAINT FOR FAILURE TO STATE A CLAIM</u>**

1.      Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants Express Scripts, Inc.; Express Scripts Administrators, LLC; Medco Health Solutions, Inc.; ESI Mail Order Processing, Inc.; ESI Mail Pharmacy Service, Inc.; Express Scripts Pharmacy, Inc.; Evernorth Health, Inc.; and Express Scripts Specialty Distribution Services, Inc.; UnitedHealth Group, Inc.; Optum, Inc.; OptumInsight, Inc.; OptumInsight Life Sciences, Inc.; OptumRx, Inc.; OptumRx Discount Card Services, LLC; Optum Perks, LLC; OptumHealth Care Solutions, LLC; OptumHealth Holdings, LLC; and Optum Health Networks, Inc.; CVS Health Corporation; CVS Pharmacy, Inc.; Caremark Rx, L.L.C.; Caremark, L.L.C.; CaremarkPCS Health, L.L.C.; AdvanceRx.com, L.L.C.; and CaremarkPCS Pennsylvania Mail Pharmacy, LLC (collectively, "Defendants") respectfully move this Court for an order dismissing the seven claims for relief asserted against them in the Complaint (ECF 1): public nuisance (Count I), violation of the Pennsylvania Unfair Trade Practices and Consumer Protection Law (Count II), violation of the Philadelphia Consumer Protection Ordinance (Count III), negligence and gross negligence (Count IV), violation of federal civil RICO (Count V), civil conspiracy (Count VI), and concerted action (Count VII).

2. In support of this motion, Defendants submit a Joint Brief in Support of Their Motion to Dismiss the Complaint for Failure to State a Claim, which sets forth in full all grounds for dismissal of the claims asserted against all Defendants, and Exhibits A–K attached thereto. As explained more fully in the Joint Brief, all of these claims are time-barred and should be dismissed with prejudice on statute of limitations grounds. Each of these claims should also be dismissed with prejudice for failure to state a claim for relief.

3. Defendants respectfully request oral argument on this motion.

Dated: January 15, 2026                                              Respectfully submitted,

s/ *Joseph I. Fontak*
Joseph I. Fontak
LEADER BERKON COLAO
& SILVERSTEIN LLP
1515 Market Street, Suite 1200
Philadelphia, PA 19102
(215) 755-0455
jfontak@leaderberkon.com

Brian D. Boone (admitted *pro hac vice*)
ALSTON & BIRD LLP
Vantage South End
1120 South Tryon Street, Suite 300
Charlotte, NC 28203
(704) 444-1000
brian.boone@alston.com

Michael A. Kaeding (admitted *pro hac vice*)
ALSTON & BIRD LLP
555 Fayetteville St., Suite 600
Raleigh, NC 27601
(919) 862 2200
mike.kaeding@alston.com

Debolina Das (admitted *pro hac vice*)
ALSTON & BIRD LLP
90 Park Avenue
New York, NY 10016
(212) 210-9400
debolina.das@alston.com

s/ *Elisabeth Miller*
Elisabeth Miller
David Mader (*pro hac forthcoming*)
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
295 5th Avenue
New York, NY 10016
(212) 849-7000
elisabethmiller@quinnemanuel.com
davidmader@quinnemanuel.com

Michael Lyle (admitted *pro hac vice*)
Jonathan G. Cooper (admitted *pro hac vice*)
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
555 13th Street NW, Suite 600
Washington, DC 20004
(202) 538-8000
mikelyle@quinnemanuel.com
jonathancooper@quinnemanuel.com

*Attorneys for Defendants Express Scripts, Inc., Express Scripts Administrators, LLC, Medco Health Solutions, Inc., ESI Mail Order Processing, Inc., ESI Mail Pharmacy Service, Inc., Express Scripts Pharmacy, Inc., Evernorth Health, Inc., Express Scripts Specialty Distribution Services, Inc.*

Robert J. Giuffra, Jr. (admitted *pro hac vice*)
Jeffrey T. Scott (admitted *pro hac vice*)
Matthew J. Porpora (admitted *pro hac vice*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
(212) 558-4000
giuffrar@sullcrom.com
scottj@sullcrom.com
porporam@sullcrom.com

*Attorneys for Defendants UnitedHealth Group, Inc.; Optum, Inc.; OptumInsight, Inc.; OptumInsight Life Sciences, Inc.; OptumRx, Inc.; OptumRx Discount Card Services, LLC; Optum Perks, LLC; OptumHealth Care Solutions, LLC; OptumHealth Holdings, LLC; and Optum Health Networks, Inc.*

s/ *Mark Villanueva*
Mark Villanueva (PA 89892)
Robert J. Norcia (PA 321509)
STRADLEY RONON STEVEN & YOUNG LLP
205 Market Street, Suite 2600
Philadelphia, PA 19106
(215) 564-8159
mvillanueva@stradley.com
rnocia@stradley.com

Blair G. Brown (admitted pro hac vice)
Steven N. Herman
Ivano M. Ventresca
Brian J. Beaton, Jr. (admitted pro hac vice)
Aaron Chou (admitted pro hac vice)
ZUCKERMAN SPAEDER LLP
2100 L Street, NW, Suite 400
Washington, DC 20037
(202) 778-1800
bbrown@zuckerman.com
sherman@zuckerman.com
iventresca@zuckerman.com
bbeaton@zuckerman.com
achou@zuckerman.com

Conor B. O'Croinin (admitted pro hac vice)
ZUCKERMAN SPAEDER LLP
100 East Pratt Street, Suite 2440
Baltimore, MD 21202
(410) 332-0444
cocroinin@zuckerman.com

*Attorneys for Defendants CVS Pharmacy, Inc., CVS Health Corporation, Caremark Rx, L.L.C., Caremark, L.L.C., CaremarkPCS Health, L.L.C., AdvanceRx.com, L.L.C., and CaremarkPCS Pennsylvania Mail Pharmacy, LLC*