# Exhibit B

Court of Common Pleas of Philadelphia County
Trial Division
# Civil Cover Sheet

For Prothonotary Use Only (Docket Number) **006450**

**JUNE 2019**

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| City of Philadelphia | Par Pharmaceutical, Inc. |
| **PLAINTIFF'S ADDRESS**<br>City of Philadelphia Law Department<br>1515 Arch Street, 17th Floor<br>Philadelphia, PA 19102 | **DEFENDANT'S ADDRESS**<br>6 Ram Ridge Road<br>Chestnut Ridge, NY 10977 |
| PLAINTIFF'S NAME | **DEFENDANT'S NAME**<br>Par Pharmaceutical Companies, Inc.; f/k/a Par<br>Pharmaceutical Holdings, Inc. |
| PLAINTIFF'S ADDRESS | **DEFENDANT'S ADDRESS**<br>1400 Atwater Drive<br>Malvern, PA 19355 |
| PLAINTIFF'S NAME | **DEFENDANT'S NAME**<br>Mallinckrodt LLC |
| PLAINTIFF'S ADDRESS | **DEFENDANT'S ADDRESS**<br>675 James S. McDonnell Blvd.<br>Hazelwood, MO 63042 |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NO. OF DEFENDANTS | COMMENCEMENT OF ACTION | |
|---|---|---|---|
| 1 | 8 | ☐ Complaint ☐ Petition Action ☐ Notice of Appeal<br>☒ Writ of Summons ☐ Transfer From Other Jurisdictions | |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS | | | |
|---|---|---|---|---|
| ☐ $50,000.00 or less<br>☒ More than $50,000.00 | ☐ Arbitration<br>☒ Jury<br>☐ Non-Jury<br>☐ Other: | ☐ Mass Tort<br>☐ Savings Action<br>☐ Petition | ☐ Minor Court Appeal<br>☐ Statutory Appeals<br>☒ Commerce (Completion of Addendum Required) | ☐ Settlement<br>☐ Minors<br>☐ W/D/Survival |

| CASE TYPE AND CODE (SEE INSTRUCTIONS) |
|---|
| Tort other: nuisance |

| STATUTORY BASIS FOR CAUSE OF ACTION (SEE INSTRUCTIONS) |
|---|
| 73 P.S. 201-1 -- 2019-9.3; Phila. Code 19-3601 -- 19-3606 |

| RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER) | IS CASE SUBJECT TO COORDINATION ORDER? | |
|---|---|---|
| *Commonwealth of Pennsylvania, acting by and through Philadelphia District Attorney Lawrence S. Krasner v. Purdue Pharma, L.P., et al.*; Coordinated Civil Proceeding No. CV-2017-008095; Delaware County CCP, PA<br>*City of Philadelphia v. Allergan PLC, et al.*; Coordinated Civil Proceeding No. CV-2017-00895; Delaware County CCP, PA | Yes ☒ / No ☐<br>Yes ☒ / No ☐<br>☐ / ☐ | |

TO THE PROTHONOTARY:

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: City of Philadelphia

Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY | ADDRESS (SEE INSTRUCTIONS) |
|---|---|
| Jerry R. DeSiderato | **DILWORTH PAXSON, LLP**<br>1500 Market Street, Suite 3500E<br>Philadelphia, PA 19102 |
| PHONE NUMBER: 215-575-7000 | FAX NUMBER | |
| SUPREME COURT IDENTIFICATION NO.<br>201097 | E-MAIL ADDRESS<br>JDeSiderato@dilworthlaw.com |
| SIGNATURE | DATE<br>6/17/2019 |

01-101 (rev. 6/08)

Court of Common Pleas of Philadelphia County
Trial Division

# Civil Cover Sheet
*(Supplemental Parties)*

For Office of Judicial Records Use Only (Docket Number)

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | SpecGx LLC |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | 3600 North 2nd Street<br>St. Louis, MO 63147 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | McKesson Corporation |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | One Post Street<br>San Francisco, CA 94104 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | Cardinal Health, Inc. |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | 7000 Cardinal Place<br>Dublin, OH 43017 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | AmerisourceBergen Drug Corporation |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | 1300 Morris Drive<br>Chesterbrook, PA 19087 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | ALLERGAN PLC |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | Morris Corporate Center III<br>400 Interpace Parkway<br>Parsippany, NJ 07054 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | |

05-192

EXHIBIT A

## COMMERCE PROGRAM ADDENDUM
## TO CIVIL COVER SHEET

This case *is* subject to the Commerce Program because it is not an arbitration matter and it falls within one or more of the following types (check all applicable):

1. Actions relating to the internal affairs or governance, dissolution or liquidation, rights or obligations between or among owners (shareholders, partners, members), or liability or indemnity of managers (officers, directors, managers, trustees, or members or partners functioning as managers) of business corporations, partnerships, limited partnerships, limited liability companies or partnerships, professional associations, business trusts, joint ventures or other business enterprises, including but not limited to any actions involving interpretation of the rights or obligations under the organic law (e.g., Pa. Business Corporation Law), articles of incorporation, by-laws or agreements governing such enterprises;

✓ 2. Disputes between or among two or more business enterprises relating to transactions, business relationships or contracts between or among the business enterprises. Examples of such transactions, relationships and contracts include:

    a. Uniform Commercial Code transactions;

    b. Purchases or sales of business or the assets of businesses;

    ✓ c. Sales of goods or services by or to business enterprises;

    d. Non-consumer bank or brokerage accounts, including loan, deposit cash management and investment accounts;

    e. Surety bonds;

    f. Purchases or sales or leases of, or security interests in, commercial, real or personal property; and

    g. Franchisor/franchisee relationships.

3. Actions relating to trade secret or non-compete agreements;

4. "Business torts," such as claims of unfair competition, or interference with contractual relations or prospective contractual relations;

5. Actions relating to intellectual property disputes;

6. Actions relating to securities, or relating to or arising under the Pennsylvania Securities Act;

7. Derivative actions and class actions based on claims otherwise falling within these ten types, such as shareholder class actions, but not including consumer class actions, personal injury class actions, and products liability class actions;

8. Actions relating to corporate trust affairs;

9. Declaratory judgment actions brought by insurers, and coverage dispute and bad faith claims brought by insureds, where the dispute arises from a business or commercial insurance policy, such as a Commercial General Liability policy;

10. Third-party indemnification claims against insurance companies where the subject insurance policy is a business or commercial policy and where the underlying dispute would otherwise be subject to the Commerce Program, not including claims where the underlying dispute is principally a personal injury claim.

# Instructions for Completing Civil Cover Sheet

Rules of Court require that a Civil Cover Sheet be attached to any document commencing an action (whether the action is commenced by Complaint, Writ of Summons, Notice of Appeal, or by Petition). The information requested is necessary to allow the Court to properly monitor, control and dispose cases filed. A copy of the Civil Cover Sheet must be attached to service copies of the document commencing an action. The attorney or non-represented party filing a case shall complete the form as follows:

### A. Parties

*i. Plaintiff/Defendants*
Enter names (last, first, middle initial) of plaintiff, petitioner or appellant ("plaintiff") and defendant. If the plaintiff or defendant is a government agency or corporation, use the full name of the agency or corporation. In the event there are more than three plaintiffs and/or three defendants, list the additional parties on the Supplemental Parties Form. Husband and wife are to be listed as separate parties.

*ii. Parties' Addresses*
Enter the address of the parties at the time of filing of the action. If any party is a corporation, enter the address of the registered office of the corporation.

*iii. Number of Plaintiffs/Defendants:* Indicate the total number of plaintiffs and total number of defendants in the action.

### B. Commencement Type: Indicate type of document filed to commence the action.

### C. Amount in Controversy: Check the appropriate box.

### D. Court Program: Check the appropriate box.

### E. Case Types: Insert the code number and type of action by consulting the list set forth hereunder. To perfect a jury trial, the appropriate fees must be paid as provided by rules of court.

#### Proceedings Commenced by Appeal

**Minor Court**
- 5M   Money Judgment
- 5L   Landlord and Tenant
- 5D   Denial Open Default Judgment
- 5E   Code Enforcement
- Other:

**Local Agency**
- 5B   Motor Vehicle Suspension -
       Breathalizer
- 5V   Motor Vehicle Licenses,
       Inspections, Insurance
- 5C   Civil Service
- 5K   Philadelphia Parking Authority
- 5Q   Liquor Control Board
- 5R   Board of Revision of Taxes
- 5X   Tax Assessment Boards
- 5Z   Zoning Board
- 52   Board of View
- 51   Other:
- Other:

#### Proceedings Commenced by Petition
- 8P   Appointment of Arbitrators
- 8C   Name Change - Adult
- 8L   Compel Medical Examination
- 8D   Eminent Domain
- 8E   Election Matters
- 8F   Forfeiture
- 8S   Leave to Issue Subpoena
- 8M   Mental Health Proceedings
- 8G   Civil Tax Case - Petition
- Other:

#### Actions Commenced by Writ of Summons or Complaint

**Contract**
- 1C   Contract
- 1T   Construction
- 1O   Other:

**Tort**
- 2B   Assault and Battery
- 2L   Libel and Slander
- 4F   Fraud
- 1J   Bad Faith
- 2E   Wrongful Use of Civil Process
- Other:

**Negligence**
- 2V   Motor Vehicle Accident
- 2H   Other Traffic Accident
- 1F   No Fault Benefits
- 4M   Motor Vehicle Property Damage
- 2F   Personal Injury - FELA
- 2O   Other Personal Injury
- 2S   Premises Liability - Slip & Fall
- 2P   Product Liability
- 2T   Toxic Tort
   - *T1   Asbestos*
   - *TZ   DES*
   - *T2   Implant*
- 3E   Toxic Waste
- Other:

**Professional Malpractice**
- 2D   Dental
- 4L   Legal
- 2M   Medical
- 4Y   Other:

**1G Subrogation**

**Equity**
- E1   No Real Estate
- E2   Real Estate
- 1D   Declaratory Judgment
- M1   Mandamus

**Real Property**
- 3R   Rent, Lease, Ejectment
- Q1   Quiet Title
- 3D   Mortgage Foreclosure - Residential
       Owner Occupied
- 3F   Mortgage Foreclosure - Not Residential
       Not Owner Occupied
- 1L   Mechanics Lien
- P1   Partition
       Prevent Waste
- 1V   Replevin
- 1H Civil Tax Case - Complaint
- Other:

### F. Commerce Program

Commencing January 3, 2000 the First Judicial District instituted a Commerce Program for cases involving corporations and corporate law issues, in general. If the action involves corporations as litigants or is deemed a Commerce Program case for other reasons, please check this block AND complete the information on the "Commerce Program Addendum". For further instructions, see Civil Trial Division Administrative Docket 01 of 2000.

### G. Statutory Basis for Cause of Action

If the action is commenced pursuant to statutory authority ("Petition Action"), the specific statute must be identified.

### H. Related Pending Cases

All previously filed related cases, regardless of whether consolidated by Order of Court or Stipulation, must be identified.

### I. Plaintiff's Attorney

The name of plaintiff's attorney must be inserted herein together with other required information. In the event the filer is not represented by an attorney, the name of the filer, address, the phone number and signature is required.

**The current version of the Civil Cover Sheet may be downloaded from the FJD's website**
**http://courts.phila.gov**

**IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY**
**FIRST JUDICIAL DISTRICT OF PENNSYLVANIA**
**CIVIL TRIAL DIVISION**

Marcel S. Pratt, Chair, Litigation Group
(PA Bar No. 307483)
Eleanor N. Ewing, Chief Deputy Solicitor
(PA Bar No. 28226)
Benjamin H. Field, Deputy City Solicitor
(PA Bar No. 204569)
**CITY OF PHILADELPHIA LAW
DEPT.**
1515 Arch Street, 17th Floor
Philadelphia, PA 19102
Tel: (215) 683-5000
marcel.pratt@phila.gov
eleanor.ewing@phila.gov
benjamin.field@phila.gov

Russell W. Budd *(pro hac vice motion
forthcoming)*
Burton LeBlanc *(pro hac vice motion
forthcoming)*
Jennifer F. Connolly *(pro hac vice motion
forthcoming)*
Mark P. Pifko *(pro hac vice motion
forthcoming)*
Christine C. Mansour *(pro hac vice
motion forthcoming)*
**BARON & BUDD, P.C.**
3102 Oak Lawn Ave, Suite 1100
Dallas, TX 75219
Tel.: (214) 521-3605
rbudd@baronbudd.com
bleblanc@baronbudd.com
jconnolly@baronbudd.com
mpifko@baronbudd.com
cmansour@baronbudd.com

Gregory B. Heller (PA Bar No. 61130)
**YOUNG RICCHIUTI CALDWELL &
HELLER, LLC**
1600 Market Street, Suite 1650
Philadelphia, PA 19103
Tel: (267) 546-1000
gheller@yrchlaw.com

Thomas S. Biemer (PA Bar No. 62644)
Jerry R. DeSiderato (PA Bar No. 201097)
**DILWORTH PAXSON, LLP**
1500 Market Street, Suite 3500E
Philadelphia, PA 19102
Tel: (215) 575-7000
tbiemer@dilworthlaw.com
JDeSiderato@dilworthlaw.com

Professor David Kairys (PA Bar No.
14535)
P.O. Box 4073
8225 Germantown Avenue
Philadelphia, PA 19118

Stephen A. Sheller (PA Bar No. 3270)
Lauren Sheller (PA Bar No. 314399)
**SHELLER, P.C.**
1528 Walnut Street, 4th Floor
Philadelphia, PA 19102
Tel: (215) 790-7300
sasheller@sheller.com
lsheller@sheller.com

Andrew Sacks (PA Bar No. 41390)
John Weston (PA Bar No. 26314)
**SACKS WESTON DIAMOND, LLC**
1845 Walnut Street, Suite 1600
Philadelphia, PA 19103
Tel: (215) 925-8200
asacks@sackslaw.com
jweston@sackslaw.com

*Counsel for Plaintiff City of Philadelphia*

**CITY OF PHILADELPHIA**                          : JUNE TERM, 2019
City of Philadelphia Law Department               :
1515 Arch Street, 17th Floor           : NO. **006450**
Philadelphia, PA 19102                            :
                                                  : JURY TRIAL DEMANDED
  Plaintiff,                            :
                                                  : THIS IS NOT AN ARBITRATION
vs.                                               : CASE
                                                  :
**PAR PHARMACEUTICAL, INC.**                      : PRAECIPE FOR WRIT OF SUMMONS
6 Ram Ridge Rd.                                   :
Chestnut Ridge, NY 10977,                         :
                                                  :
**PAR PHARMACEUTICAL**                            :
**COMPANIES, INC.; f/k/a PAR**                    :
**PHARMACEUTICAL HOLDINGS,**                      :
**INC.**                                          :
1400 Atwater Drive                                :
Malvern, Pennsylvania 19355,                      :
                                                  :
**MALLINCKRODT LLC**                              :
675 James S. McDonnell Blvd.                      :
Hazelwood, MO 63042,                              :
                                                  :
**SPECGX LLC**                                    :
3600 North 2nd Street                  :
St. Louis, MO 63147,                              :
                                                  :
**McKESSON CORPORATION**                          :
One Post Street                                   :
San Francisco, CA 94104,                          :
                                                  :
**CARDINAL HEALTH INC.**                          :
7000 Cardinal Place                               :
Dublin, OH 43017                                  :
                                                  :
**AMERISOURCEBERGEN DRUG**                        :
**CORPORATION**                                   :
1300 Morris Drive                                 :
Chesterbrook, PA 19087,                           :
                                                  :
and                                               :
                                                  :
                                                  :
                                                  :

**ALLERGAN PLC**                          :
Morris Corporate Center III                :
400 Interpace Parkway                      :
Parsippany, NJ 07054                       :
                                           :
  Defendants.                              :

## PRAECIPE TO ISSUE WRIT OF SUMMONS

To the Prothonotary:

Kindly issue a Writ of Summons – Civil Action to **PAR PHARMACEUTICAL, INC.; PAR PHARMACEUTICAL COMPANIES, INC., f/k/a PAR PHARMACEUTICAL HOLDINGS, INC.; MALLINCKRODT LLC; SPECGX LLC; McKESSON CORPORATION; CARDINAL HEALTH INC.; CARDINAL HEALTH INC.; AMERISOURCEBERGEN DRUG CORPORATION;** and **ALLERGAN PLC** in the above-captioned matter. The Writ of Summons shall be forwarded to the undersigned counsel.


Dated:  June 17, 2019                      Respectfully submitted,

Marcel S. Pratt, Chair, Litigation Group   Thomas S. Biemer (PA Bar No. 62644)
(PA Bar No. 307483)                        Jerry R. DeSiderato (PA Bar No. 201097)
Eleanor N. Ewing, Chief Deputy Solicitor   **DILWORTH PAXSON, LLP**
(PA Bar No. 28226)                         1500 Market Street, Suite 3500E
Benjamin H. Field, Deputy City Solicitor   Philadelphia, PA 19102
(PA Bar No. 204569)                        Tel: (215) 575-7000
**CITY OF PHILADELPHIA LAW**               tbiemer@dilworthlaw.com
**DEPT.**                                  JDeSiderato@dilworthlaw.com
1515 Arch Street, 17th Floor
Philadelphia, PA 19102                     Professor David Kairys (PA Bar No.
Tel: (215) 683-5000                        14535)
marcel.pratt@phila.gov                     P.O. Box 4073
eleanor.ewing@phila.gov                    8225 Germantown Avenue
benjamin.field@phila.gov                   Philadelphia, PA  19118

Russell W. Budd *(pro hac vice motion*     Stephen A. Sheller (PA Bar No. 3270)
*forthcoming)*                             Lauren Sheller (PA Bar No. 314399)
Burton LeBlanc *(pro hac vice motion*      **SHELLER, P.C.**
*forthcoming)*                             1528 Walnut Street, 4th Floor
Jennifer F. Connolly *(pro hac vice motion* Philadelphia, PA 19102
*forthcoming)*                             Tel: (215) 790-7300
Mark P. Pifko *(pro hac vice motion*       sasheller@sheller.com

*forthcoming)*
Christine C. Mansour *(pro hac vice motion forthcoming)*
**BARON & BUDD, P.C.**
3102 Oak Lawn Ave, Suite 1100
Dallas, TX 75219
Tel.: (214) 521-3605
rbudd@baronbudd.com
bleblanc@baronbudd.com
jconnolly@baronbudd.com
mpifko@baronbudd.com
cmansour@baronbudd.com

Gregory B. Heller (PA Bar No. 61130)
**YOUNG RICCHIUTI CALDWELL & HELLER, LLC**
1600 Market Street, Suite 1650
Philadelphia, PA 19103
Tel: (267) 546-1000
gheller@yrchlaw.com

lsheller@sheller.com

Andrew Sacks (PA Bar No. 41390)
John Weston (PA Bar No. 26314)
**SACKS WESTON DIAMOND, LLC**
1845 Walnut Street, Suite 1600
Philadelphia, PA 19103
Tel: (215) 925-8200
asacks@sackslaw.com
jweston@sackslaw.com

*Counsel for Plaintiff City of Philadelphia*

**CITY OF PHILADELPHIA**
City of Philadelphia Law Department
1515 Arch Street, 17th Floor
Philadelphia, PA 19102

   Plaintiff,

vs.

**PAR PHARMACEUTICAL, INC.**
6 Ram Ridge Rd.
Chestnut Ridge, NY 10977,

**PAR PHARMACEUTICAL
COMPANIES, INC.; f/k/a PAR
PHARMACEUTICAL HOLDINGS,
INC.**
1400 Atwater Drive
Malvern, Pennsylvania 19355,

**MALLINCKRODT LLC**
675 James S. McDonnell Blvd.
Hazelwood, MO 63042,

**SPECGX LLC**
3600 North 2nd Street
St. Louis, MO 63147,

**McKESSON CORPORATION**
One Post Street
San Francisco, CA 94104,

**CARDINAL HEALTH INC.**
7000 Cardinal Place
Dublin, OH 43017,

**AMERISOURCEBERGEN DRUG
CORPORATION**
1300 Morris Drive
Chesterbrook, PA 19087,

and

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

JUNE TERM, 2019

NO. _____ **006450**

JURY TRIAL DEMANDED

THIS IS NOT AN ARBITRATION
CASE

WRIT OF SUMMONS

**ALLERGAN PLC**                    :
Morris Corporate Center III         :
400 Interpace Parkway               :
Parsippany, NJ 07054                :
                                    :
  Defendants.            :

---

## WRIT OF SUMMONS

**To:**

**PAR PHARMACEUTICAL, INC.**
6 Ram Ridge Rd.
Chestnut Ridge, NY 10977

**PAR PHARMACEUTICAL
COMPANIES, INC.; f/k/a PAR
PHARMACEUTICAL HOLDINGS,
INC.**
1400 Atwater Drive
Malvern, Pennsylvania 19355

**MALLINCKRODT LLC**
675 James S. McDonnell Blvd.
Hazelwood, MO 63042

**SPECGX LLC**
3600 North 2nd Street
St. Louis, MO 63147,

**McKESSON CORPORATION**
One Post Street
San Francisco, CA 94104

**CARDINAL HEALTH INC.**
7000 Cardinal Place
Dublin, OH 43017

**AMERISOURCEBERGEN DRUG
CORPORATION**
1300 Morris Drive
Chesterbrook, PA 19087

**ALLERGAN PLC**
Morris Corporate Center III
400 Interpace Parkway
Parsippany, NJ 07054

You are hereby notified that Plaintiff, City of Philadelphia, has commenced an action against you.



PROTHONOTARY

By: _____    **ATTEST**

Date: _____    JUN 17 2019

REISSUE
JUDICIAL RECORDS
D. SAVAGE

120964204_1