# Exhibit J

Plaintiffs in the following cases filed public complaints raising claims regarding prescription opioids against PBMs, including Express Scripts, Inc., OptumRx, Inc., and/or CaremarkPCS Health, L.L.C., and their affiliates, before October 30, 2019:

1. *County of Webb v. Purdue Pharma, L.P.*, No. 1:18-op-45175, ECF No. 1 (N.D. Ohio Jan. 25, 2018); *see also* ECF No. 73 (Mar. 16, 2019) (amended complaint adding claims against additional affiliates of Express Scripts, Inc., OptumRx, Inc., and CaremarkPCS Health, L.L.C.)

2. *City of Huntington v. Express Scripts Holding Co.*, No.1:18-op-45984, ECF No. 7-1 (N.D. Ohio Apr. 16, 2018)[1]

3. *Employer-Teamsters Local Nos. 175 & 505 Health & Welfare Fund v. Purdue Pharma, L.P.*, No. 1:18-op-45446, ECF No. 1 (N.D. Ohio Apr. 17, 2018)

4. *City of Springfield v. Purdue Pharma L.P.*, No. 1:18-op-45899, ECF No.1 (N.D. Ohio May 30, 2018)

5. *City of Alexandria v. Purdue Pharma, L.P.*, No. 1:19-op-45246, ECF No. 1-2 through 1-3 (N.D. Ohio Dec. 13, 2018); *see also* ECF No. 69 (July 3, 2019) (amended complaint adding claims against additional affiliates of Express Scripts, Inc., OptumRx, Inc., and CaremarkPCS Health, L.L.C.)

6. *Dickenson County v. Purdue Pharma, L.P.*, No. 1:19-op-45252, ECF No. 1-2 (N.D. Ohio Dec. 13, 2018); *see also* ECF No. 61 (July 3, 2019) (amended complaint adding claims against additional affiliates of Express Scripts, Inc., OptumRx, Inc., and CaremarkPCS Health, L.L.C.)

7. *Washington County v. Purdue Pharma, L.P*, No. 1:19-op-45254, ECF No. 1-1 and 1-3 (N.D. Ohio Dec. 13, 2018); *see also* ECF No. 72 (July 3, 2019) (amended complaint adding claims against additional affiliates of Express Scripts, Inc., OptumRx, Inc., and CaremarkPCS Health, L.L.C.)

8. *City of Galax v. Purdue Pharma, L.P*, No. 1:19-op-45243, ECF No. 1-1 (N.D. Ohio Dec. 13, 2018); *see also* ECF No. 70 (July 3, 2019) (amended complaint adding claims against additional affiliates of Express Scripts, Inc., OptumRx, Inc., and CaremarkPCS Health, L.L.C.)

9. *Giles County v. Purdue Pharma, L.P.*, No. 1:19-op-45236, ECF No. 1-1 (N.D. Ohio Dec. 13, 2018); *see also* ECF No. 71 (July 3, 2019) (amended complaint adding claims against additional affiliates of Express Scripts, Inc., OptumRx, Inc., and CaremarkPCS Health, L.L.C.)

---

[1] Unless otherwise noted, the complaint dates listed in this Appendix are the dates that the complaints were filed publicly on a federal docket. In many instances, the complaint was filed earlier under seal or on a state-court docket. For example, the City of Huntington's first complaint was filed in state court on March 14, 2018. ECF No. 7-1 at 7.

1

10. *Buchanan County v. Purdue Pharma, L.P.*, No. 1:19-op-45253, ECF No. 1-1 (N.D. Ohio Dec. 13, 2018)

11. *Page County v. Purdue Pharma, L.P.*, No. 1:19-op-45275, ECF No. 1-2 (N.D. Ohio Dec. 13, 2018); *see also* ECF No. 80 (July 3, 2019) (amended complaint adding claims against additional affiliates of Express Scripts, Inc., OptumRx, Inc., and CaremarkPCS Health, L.L.C.)

12. *Pittsylvania County v. Purdue Pharma, L.P.*, No. 1:19-op-45247, ECF No. 1-1 (N.D. Ohio Dec. 13, 2018); *see also* ECF No. 79 (July 3, 2019) (amended complaint adding claims against additional affiliates of Express Scripts, Inc., OptumRx, Inc., and CaremarkPCS Health, L.L.C.)

13. *Henry County v. Purdue Pharma, L.P.*, No. 1:19-op-45245, ECF No. 1-1 (N.D. Ohio Dec. 13, 2018); *see also* ECF No. 79 (July 3, 2019) (amended complaint adding claims against additional affiliates of Express Scripts, Inc., OptumRx, Inc., and CaremarkPCS Health, L.L.C.)

14. *Lee County v. Purdue Pharma, L.P.*, No. 1:19-op-45251, ECF No. 1-2 (N.D. Ohio Dec. 13, 2018); *see also* ECF No. 75 (July 3, 2019) (amended complaint adding claims against additional affiliates of Express Scripts, Inc., OptumRx, Inc., and CaremarkPCS Health, L.L.C.)

15. *City of Norton v. Purdue Pharma, L.P.*, No. 1:19-op-45249, ECF No. 1-2 through 1-3 (N.D. Ohio Dec. 13, 2018); *see also* ECF No. 71 (July 3, 2019) (amended complaint adding claims against additional affiliates of Express Scripts, Inc., OptumRx, Inc., and CaremarkPCS Health, L.L.C.)

16. *Montgomery County v. Purdue Pharma, L.P.*, No. 1:19-op-45234, ECF No. 1-1 through 1-3 (N.D. Ohio Dec. 13, 2018); *see also* ECF No. 70 (July 3, 2019) (amended complaint adding claims against additional affiliates of Express Scripts, Inc., OptumRx, Inc., and CaremarkPCS Health, L.L.C.)

17. *Jefferson County et al. v. Williams*, No. 1:19-op-45371, ECF No. 1-2 at 75 (N.D. Ohio Jan. 31, 2019)

18. *City of Paterson v. Purdue Pharma, L.P.*, No. 1:18-op-45371, ECF No. 45 (N.D. Ohio Mar. 15, 2019)

19. *Roanoke County v. Purdue Pharma L.P.*, No. 1:19-op-45695, ECF No. 1-2 (N.D. Ohio Mar. 28, 2019); *see also* ECF No. 44 (Oct. 29, 2019) (amended complaint adding claims against additional affiliates of Express Scripts, Inc., OptumRx, Inc., and CaremarkPCS Health, L.L.C.)

20. *City of Roanoke v. Purdue Pharma L.P.*, No. 1:19-op-45696, ECF No. 1-2 (N.D. Ohio Mar. 28, 2019); *see also* ECF No. 48 (Oct. 29, 2019) (amended complaint adding claims against additional affiliates of Express Scripts, Inc., OptumRx, Inc., and CaremarkPCS Health, L.L.C.)

21. *City of Bristol v. Purdue Pharma L.P.*, No. 1:19-op-45719, ECF No. 1-1 (N.D. Ohio Mar. 28, 2019); *see also* No. 45 (Oct. 29, 2019) (amended complaint adding claims against additional affiliates of Express Scripts, Inc., OptumRx, Inc., and CaremarkPCS Health, L.L.C.)

22. *City of Salem v. Purdue Pharma L.P.*, No. 1:19-op-45697, ECF No. 1-2 (N.D. Ohio Mar. 28, 2019); *see also* ECF No. 41 (Oct. 29, 2019) (amended complaint adding claims against additional affiliates of Express Scripts, Inc., OptumRx, Inc., and CaremarkPCS Health, L.L.C.)

23. *Alleghany County v. Purdue Pharma L.P.*, No. 1:19-op-45700, ECF No. 1-1 (N.D. Ohio Mar. 29, 2019); *see also* ECF No. 43 (Oct. 29, 2019) (amended complaint adding claims against additional affiliates of Express Scripts, Inc., OptumRx, Inc., and CaremarkPCS Health, L.L.C.)

24. *Fauquier County v. Purdue Pharma L.P.*, No. 1:19-op-45686, ECF No. 1-1 through 1-4 (N.D. Ohio Mar. 29, 2019); *see also* ECF No. 49 (Oct. 29, 2019) (amended complaint adding claims against additional affiliates of Express Scripts, Inc., OptumRx, Inc., and CaremarkPCS Health, L.L.C.)

25. *Board of Supervisors of Prince William County v. Purdue Pharma L.P.*, No. 1:19-op-45687, ECF No. 1-1 (N.D. Ohio Mar. 29, 2019); *see also* ECF No. 42 (Oct. 29, 2019) (amended complaint adding claims against additional affiliates of EExpress Scripts, Inc., OptumRx, Inc., and CaremarkPCS Health, L.L.C.)

26. *Accomack County v. Purdue Pharma L.P.*, No. 1:19-op-45715, ECF No. 1-1 (N.D. Ohio Apr. 10, 2019); *see also* ECF No. 33 (Oct. 29, 2019) (amended complaint adding claims against additional affiliates of Express Scripts, Inc., OptumRx, Inc., and CaremarkPCS Health, L.L.C.)

27. *City of Chesapeake v. Purdue Pharma L.P.*, No. 1:19-op-45712, ECF No. 1-1 (N.D. Ohio Apr. 10, 2019); *see also* ECF No. 38 (Oct. 29, 2019) (amended complaint adding claims against additional affiliates of Express Scripts, Inc., OptumRx, Inc., and CaremarkPCS Health, L.L.C.)

28. *Northumberland County v. Purdue Pharma L.P.*, No. 1:19-op-45688, ECF No. 1-1 (N.D. Ohio Apr. 10, 2019); *see also* ECF No. 61 (Oct. 29, 2019) (amended complaint adding claims against additional affiliates of Express Scripts, Inc., OptumRx, Inc., and CaremarkPCS Health, L.L.C.)

29. *Franklin County v. Purdue Pharma L.P.*, No. 1:19-op-45701, ECF No. 1-1 (N.D. Ohio Apr. 12, 2019); *see also* ECF No. 47 (Oct. 29, 2019) (amended complaint adding claims against additional affiliates of Express Scripts, Inc., OptumRx, Inc., and CaremarkPCS Health, L.L.C.)

30. *City of Lexington v. Purdue Pharma L.P.*, No. 1:19-op-45693, ECF No. 1-1 (N.D. Ohio Apr. 16, 2019); *see also* ECF No. 47 (Oct. 29, 2019) (amended complaint adding claims against additional affiliates of Express Scripts, Inc., OptumRx, Inc., and CaremarkPCS Health, L.L.C.)

31. *Rockbridge County v. Purdue Pharma, L.P.*, No. 1:19-op-45694, ECF No.1-1 (N.D. Ohio May 2, 2019); *see also* ECF No. 38 (Oct. 29, 2019) (amended complaint adding claims against additional affiliates of Express Scripts, Inc., OptumRx, Inc., and CaremarkPCS Health, L.L.C.)

32. *Halifax County v. Purdue Pharma, L.P.*, No. 1:19-op-45692, ECF No. 1-1 (N.D. Ohio May 2, 2019); *see also* ECF No. 40 (Oct. 29, 2019) (amended complaint adding claims against additional affiliates of Express Scripts, Inc., OptumRx, Inc., and CaremarkPCS Health, L.L.C.)

33. *Fairfax County Board of Supervisors v. Purdue Pharma, L.P.*, No. 1:19-op-45766, ECF No. 1-1 (N.D. Ohio May 3, 2019); *see also* ECF No. 32 (Oct. 29, 2019) (amended complaint adding claims against additional affiliates of Express Scripts, Inc., OptumRx, Inc., and CaremarkPCS Health, L.L.C.)

34. *Louisa County v. Purdue Pharma, L.P.*, No. 1:19-op-45720, ECF No. 1-1 (N.D. Ohio May 15, 2019); *see also* ECF No. 27 (Oct. 29, 2019) (amended complaint adding claims against additional affiliates of Express Scripts, Inc., OptumRx, Inc., and CaremarkPCS Health, L.L.C.)

35. *Madison County v. Purdue Pharma, L.P.*, No. 1:19-op-45702, ECF No. 1-1 (N.D. Ohio May 16, 2019); *see also* ECF No. 28 (Oct. 29, 2019) (amended complaint adding claims against additional affiliates of Express Scripts, Inc., OptumRx, Inc., and CaremarkPCS Health, L.L.C.)

36. *City of Covington v. Purdue Pharma, L.P.*, No. 1:19-op-45799, ECF No. 1-1 (N.D. Ohio May 16, 2019); *see also* ECF No. 25 (Oct. 29, 2019) (amended complaint adding claims against additional affiliates of Express Scripts, Inc., OptumRx, Inc., and CaremarkPCS Health, L.L.C.)

37. *Floyd County v. Purdue Pharma, L.P.*, No. 1:19-op-45698, ECF No. 1-1 (N.D. Ohio May 16, 2019); *see also* ECF No. 26 (Oct. 29, 2019) (amended complaint adding claims against additional affiliates of Express Scripts, Inc., OptumRx, Inc., and CaremarkPCS Health, L.L.C.)

38. *Jefferson County v. Purdue Pharma L.P.*, No. 1:19-op-45437, ECF No. 1 (N.D. Ohio June 12, 2019)

39. *Loudoun County v. Purdue Pharma, L.P.*, No. 1:19-op-45842, ECF No. 1-1 (N.D. Ohio June 14, 2019)

40. *St. Francois County v. Williams*, No. 1:19-op-45847, ECF No. 1-3 (N.D. Ohio June 19, 2019)

41. *City of Fredericksburg v. Purdue Pharma, L.P.*, No. 1:19-op-45898, ECF No. 1-1 (N.D. Ohio June 19, 2019)

42. *Greensville County v. Purdue Pharma, L.P.*, No. 1:19-op-45848, ECF No. 1-1 (N.D. Ohio June 20, 2019)

43. *Prince George County v. Purdue Pharma, L.P.*, No. 1:19-op-45929, ECF No. 1-1 (N.D. Ohio June 20, 2019)

44. *Charlotte County v. Purdue Pharma, L.P.*, No. 1:19-op-45851, ECF No. 1-1 (N.D. Ohio June 21, 2019)

45. *Culpeper County v. Purdue Pharma, L.P.*, No. 1:19-op-45849, ECF No. 1-2 (N.D. Ohio June 24, 2019)

46. *City of Portsmouth v. Purdue Pharma, L.P.*, No. 1:19-op-45856, ECF No. 1-2 (N.D. Ohio June 24, 2019)

47. *City of Rochester v. Purdue Pharma, L.P.*, No. 1:19-op-45853, ECF No. 1-5 (N.D. Ohio June 28, 2019)

48. *City of Auburn v. Purdue Pharma, L.P.*, No. 1:19-op-45843, ECF No. 1-4 (N.D. Ohio June 28, 2019)

49. *City of Ogdensburg v. Purdue Pharma, L.P.*, No. 1:19-op-45852, ECF No. 1-4 (N.D. Ohio July 1, 2019)

50. *City of Saratoga Springs v. Purdue Pharma, L.P.*, No. 1:19-op-45857, ECF No. 1-4 (N.D. Ohio July 1, 2019)

51. *City of Emporia v. Purdue Pharma, L.P.*, No. 1:19-op-46850, ECF No. 1-1 (N.D. Ohio July 15, 2019)

52. *City of Amsterdam v. Purdue Pharma, L.P.*, No. 1:19-op- 46162, ECF No. 1-3 (N.D. Ohio July 23, 2019)

53. *City of Radford v. Purdue Pharma L.P.*, No. 1:19-op-46154, ECF No. 1-1 (N.D. Ohio July 24, 2019)

54. *Patrick County v. Purdue Pharma, L.P.*, No. 1:19-op-46149, ECF No. 1-1 (N.D. Ohio July 25, 2019)

55. *Shenandoah County v. Purdue Pharma L.P.*, No. 1:19-op-46150, ECF No. 1-3 (N.D. Ohio Aug. 14, 2019)

56. *Cumberland County v. Purdue Pharma L.P.*, No. 1:19-op-46153, ECF No. 1-1 (N.D. Ohio Aug. 15, 2019)

57. *City of Waynesboro v. Purdue Pharma L.P.*, No. 1:19-op-46152, ECF No. 1-3 (N.D. Ohio Aug. 16, 2019)

58. *Allegany County v. Purdue Pharma L.P.*, No. 1:19-op-46151, ECF No. 1-5 (N.D. Ohio Aug. 27, 2019)

59. *City of Huntington v. AmerisourceBergen Drug Corp.*, No. 1:17-op-45054, ECF No. 76 (N.D. Ohio Sept. 10, 2019)

60. *Cabell County Commission v. AmerisourceBergen Drug Corp.*, No. 1:17-op-45053, ECF No. 190 (N.D. Ohio Sept. 10, 2019)

61. *Town of Bennington v. Mallinckrodt PLC*, No. 1:19-op-45791, ECF No. 1 (N.D. Ohio Sept. 17, 2019)

62. *Town of Enfield v. Purdue Pharma, L.P.*, No. 1:19-op-45581, ECF No. 80 (N.D. Ohio Oct. 7, 2019)

63. *City of Middletown v. Purdue Pharma, L.P.*, No. 1:19-op-45651, ECF No. 49 (N.D. Ohio Oct. 15, 2019)

64. *Town of Wethersfield v. Purdue Pharma, L.P.*, No. 1:19-op-45663, ECF No. 49 (N.D. Ohio Oct. 28, 2019)