UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CITY OF PHILADELPHIA,<br><br>　　Plaintiff,<br><br>　　v.<br><br>CVS HEALTH CORPORATION, *et al.*,<br><br>　　Defendants. | No. 2:25-cv-06185-GJP |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS**

On January 15, 2026, Defendants Express Scripts, Inc.; Express Scripts Administrators, LLC; Medco Health Solutions, Inc.; ESI Mail Order Processing, Inc.; ESI Mail Pharmacy Service, Inc.; Express Scripts Pharmacy, Inc.; Evernorth Health, Inc.; and Express Scripts Specialty Distribution Services, Inc.; UnitedHealth Group, Inc.; Optum, Inc.; OptumInsight, Inc.; OptumInsight Life Sciences, Inc.; OptumRx, Inc.; OptumRx Discount Card Services, LLC; Optum Perks, LLC; OptumHealth Care Solutions, LLC; OptumHealth Holdings, LLC; and Optum Health Networks, Inc.; CVS Health Corporation; CVS Pharmacy, Inc.; Caremark Rx, L.L.C.; Caremark, L.L.C.; CaremarkPCS Health, L.L.C.; AdvanceRx.com, L.L.C.; and CaremarkPCS Pennsylvania Mail Pharmacy, LLC (collectively, "Defendants") filed a Motion to Dismiss the Complaint for Failure to State a Claim, seeking dismissal of Counts I–VII asserted against all Defendants. Upon consideration of Defendants' Joint Brief in Support of Their Motion to Dismiss, it is hereby

**ORDERED** that Defendants' Motion to Dismiss is **GRANTED**; and

**ORDERED** that Counts I–VII of the Complaint (ECF 1) are dismissed in full with prejudice.

**SO ORDERED**.

Dated: _____        _____

                                                                                                              The Honorable Gerald J. Pappert
                                                                                                              United States District Judge