IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CITY OF PHILADELPHIA, | : |
| Plaintiff, | : No. 2:25-cv-06185-GJP |
| vs. | : |
| CVS HEALTH CORPORATION, et al. | : |
| Defendants. | : |

**[PROPOSED] ORDER DENYING UNITEDHEALTH GROUP, INC., OPTUM, INC., OPTUMINSIGHT, INC., OPTUMINSIGHT LIFE SCIENCES, INC., OPTUMRX DISCOUNT CARD SERVICES, LLC, OPTUM PERKS, LLC, OPTUMHEALTH NETWORKS, INC., OPTUMHEALTH CARE SOLUTIONS, LLC, AND OPTUMHEALTH HOLDINGS, LLC'S MOTION TO DISMISS**

Upon consideration of UnitedHealth Group, Inc., Optum, Inc., OptumInsight, Inc., OptumInsight Life Sciences, Inc., OptumRx Discount Card Services, LLC, Optum Perks, LLC, OptumHealth Networks, Inc., LLC, OptumHealth Care Solutions, LLC, and OptumHealth Holdings, LLC's (collectively, "Defendants") Motion to Dismiss (ECF 84), the Memorandum of Law in Support of their Motion to Dismiss (ECF 84-1), Plaintiff City of Philadelphia's Response in Opposition to Optum Defendants' Motion to Dismiss, and Defendants' Reply, it is hereby

ORDERED that Defendants' Motion to Dismiss is **DENIED**.

DATED: _____                                             _____
                                                                                    Gerald J. Pappert
                                                                                    United States District Court Judge