IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CITY OF PHILADELPHIA, | : |
| Plaintiff, | : No. 2:25-cv-06185-GJP |
| vs. | : |
| CVS HEALTH CORPORATION, et al. | : |
| Defendants. | : |

**[PROPOSED] ORDER DENYING THE CVS DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Upon consideration of the CVS Defendants' Motion to Dismiss (ECF 82), the CVS Defendants' Separate Brief in Support of their Motion to Dismiss (ECF 82-1), Plaintiff's Opposition to the CVS Defendants' Motion to Dismiss, and the CVS Defendants' Reply, it is hereby

ORDERED that the CVS Defendants' Motion to Dismiss is **DENIED**.

DATED: _____                    _____
                                     Gerald J. Pappert
                                     United States District Court Judge

1