**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| CITY OF PHILADELPHIA, | : | |
| | : | |
| Plaintiff, | : | No. 2:25-cv-06185-GJP |
| | : | |
| vs. | : | |
| | : | |
| CVS HEALTH CORPORATION, et al. | : | |
| | : | |
| Defendants. | : | |
| | : | |

**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS THE FOR
FAILURE TO STATE A CLAIM**

Upon consideration of Defendants' Motion to Dismiss the Complaint for Failure to State a

Claim (ECF 85), the Defendants' Joint Brief in Support of their Motion to Dismiss the Complaint

for Failure to State a Claim (ECF 85-1), Plaintiff's Opposition to Defendants' Motion to Dismiss

for Failure to State a Claim, and Defendants' Reply, it is hereby

ORDERED that Defendants' Motion to Dismiss the Complaint for Failure to State a

claim is **DENIED**.

DATED: _____                          _____

                                                                 Gerald J. Pappert
                                                                 United States District Court Judge

1