# EXHIBIT 1

FILED  1st JUDICIAL DISTRICT COURT
Santa Fe County
12/28/2022 9:22 AM
KATHLEEN VIGIL CLERK OF THE COURT
Jill Nohl

STATE OF NEW MEXICO
COUNTY OF SANTA FE
FIRST JUDICIAL DISTRICT


STATE OF NEW MEXICO, EX REL.,
HECTOR BALDERAS, ATTORNEY
GENERAL,

      Plaintiff,

vs.                              No. D-101-CV-2017-02541

PURDUE PHARMA L.P., et al.,

      Defendants.


## ORDER GRANTING IN PART WALGREENS'
## POST-TRIAL OMNIBUS MOTION TO STRIKE

This Matter having come before the Court on Defendant Walgreens' Post-Trial Omnibus Motion to Strike; and the Court, having reviewed the pleadings filed in connection with the Motion and considering all matters of record, has determined that a hearing is unnecessary.

The Court in its discretion may rely upon the pleadings filed in this matter if the written submissions are sufficient to resolve the matters presented. *See National Excess Insurance Co. v. Bingham*, 1987-NMCA-109, ¶9, 106 N.M. 325, 327, 742 P.2d 537, 539 (Ct App. 1987).

The Court finds that the Motion is well taken and should be granted as to Sections A(1), A(2), E(1), E(4), F, G, and H(2);

A ruling on Section H(1) should be reserved.

The Court further finds that the Motion is not well taken and should be denied as to Sections B(1), B(2), B(3), C, D, E(2), E(3), E(5), and E(6).

IT IS THEREFORE ORDERED that Defendant Walgreens' Post-Trial Omnibus Motion to Strike is GRANTED in part, DENIED in part and RESERVED in part, all in accordance with the above findings.


FRANCIS J. MATHEW
DISTRICT JUDGE

xc:    Counsel, e-served