IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CITY OF PHILADELPHIA,<br><br>   Plaintiff,<br><br> vs.<br><br>CVS HEALTH CORPORATION, et al.<br><br>   Defendants. | :<br>:<br>:<br>: No. 2:25-cv-06185-GJP<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS THE FOR FAILURE TO STATE A CLAIM**

  Upon consideration of Defendants' Motion to Dismiss the Complaint for Failure to State a Claim (ECF 85), the Defendants' Joint Brief in Support of their Motion to Dismiss the Complaint for Failure to State a Claim (ECF 85-1), Plaintiff's Opposition to Defendants' Motion to Dismiss for Failure to State a Claim, and Defendants' Reply, it is hereby

  ORDERED that Defendants' Motion to Dismiss the Complaint for Failure to State a claim is **DENIED**.

DATED: _____              _____
                                Gerald J. Pappert
                                United States District Court Judge