UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CITY OF PHILADELPHIA,<br><br>    Plaintiff,<br><br>    v.<br><br>CVS HEALTH CORPORATION, *et al.*,<br><br>    Defendants. | No. 2:25-cv-06185-GJP |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF DEFENDANTS' JOINT MOTION TO DISMISS (ECF 85)**

On March 3, 2026, Defendants Express Scripts, Inc.; Express Scripts Administrators, LLC; Medco Health Solutions, Inc.; ESI Mail Order Processing, Inc.; ESI Mail Pharmacy Service, Inc.; Express Scripts Pharmacy, Inc.; Evernorth Health, Inc.; and Express Scripts Specialty Distribution Services, Inc.; UnitedHealth Group, Inc.; Optum, Inc.; OptumInsight, Inc.; OptumInsight Life Sciences, Inc.; OptumRx, Inc.; OptumRx Discount Card Services, LLC; Optum Perks, LLC; OptumHealth Care Solutions, LLC; OptumHealth Holdings, LLC; and Optum Health Networks, Inc.; CVS Health Corporation; CVS Pharmacy, Inc.; Caremark Rx, L.L.C.; Caremark, L.L.C.; CaremarkPCS Health, L.L.C.; AdvanceRx.com, L.L.C.; and CaremarkPCS Pennsylvania Mail Pharmacy, LLC (collectively, "Defendants") filed their Motion for Leave to File Reply In Support of Defendants' Joint Motion to Dismiss the Complaint for Failure to State a Claim. Upon consideration of Defendants' Motion, it is hereby:

    **ORDERED** that Defendants' Motion for Leave To File Reply is **GRANTED**; and

**ORDERED** that Defendants' proposed Reply, attached to their Motion, shall be the operative Reply in Support of their Joint Motion to Dismiss the Complaint for Failure to State a Claim (ECF 85).

**SO ORDERED**.

Dated: _____       _____

The Honorable Gerald J. Pappert
United States District Judge