# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CITY OF PHILADELPHIA, | |
| Plaintiff | |
| v. | No. 2:25-cv-06185-GJP |
| CVS HEALTH CORPORATION, *et al.*, | |
| Defendants. | |

## CVS DEFENDANTS' MOTION FOR LEAVE TO FILE A REPLY BRIEF IN SUPPORT OF THEIR MOTION TO DISMISS

1.      The CVS Defendants: CVS Health Corporation, CVS Pharmacy, Inc., Caremark Rx, L.L.C., Caremark, L.L.C., CaremarkPCS Health, L.L.C., AdvanceRx.com, L.L.C., and CaremarkPCS Pennsylvania Mail Pharmacy, LLC (the "CVS Defendants") respectfully move this Court for leave to file a reply brief, attached hereto as Exhibit A, in support of their motion to dismiss the Complaint.

2.      The reasons why this Court should allow the CVS Defendants' proposed reply are fully detailed in the CVS Defendants' brief in support of this motion.

3.      Counsel for the City has informed counsel for the CVS Defendants that the City takes no position on whether the motion should be granted.

4.      CVS Health Corporation and Caremark Rx, L.L.C. join this motion without waiving their defense of a lack of personal jurisdiction.

Dated: March 3, 2026                                    Respectfully submitted,


                                                        *s/ Robert J. Norcia*

                                                        Robert J. Norcia (PA 321509)
                                                        STRADLEY RONON STEVEN
                                                        & YOUNG LLP
                                                        2005 Market Street, Suite 2600
                                                        Philadelphia, PA
                                                        (215) 564-8663
                                                        rnorcia@stradley.com


                                                        Blair G. Brown (admitted *pro hac vice*)
                                                        Steven N. Herman
                                                        Ivano M. Ventresca
                                                        Brian J. Beaton, Jr. (admitted *pro hac vice*)
                                                        Aaron Chou (admitted *pro hac vice*)
                                                        ZUCKERMAN SPAEDER LLP
                                                        2100 L Street, NW, Suite 400
                                                        Washington, DC 220037
                                                        (202) 778-1800
                                                        bbrown@zuckerman.com
                                                        sherman@zuckerman.com
                                                        iventresca@zuckerman.com
                                                        bbeaton@zuckerman.com
                                                        achou@zuckerman.com

                                                        Conor B. O'Croinin (admitted *pro hac vice*)
                                                        ZUCKERMAN SPAEDER LLP
                                                        100 East Pratt Street, Suite 2440
                                                        Baltimore, MD 21202
                                                        (410) 332-0444
                                                        cocroinin@zuckerman.com

                                                        *Attorneys for Defendants CVS Pharmacy, Inc., CVS
                                                        Health Corporation, Caremark Rx, L.L.C.,
                                                        Caremark, L.L.C., CaremarkPCS Health, L.L.C.,
                                                        AdvanceRx.com, L.L.C., and CaremarkPCS
                                                        Pennsylvania Mail Pharmacy, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that, on March 3, 2026, I caused the foregoing to be served on counsel of record via the Court's electronic case filing system.

*s/ Robert J. Norcia*

Robert J. Norcia

*Attorney for Defendants CVS Pharmacy, Inc., CVS Health Corporation, Caremark Rx, L.L.C., Caremark, L.L.C., CaremarkPCS Health, L.L.C., AdvanceRx.com, L.L.C., and CaremarkPCS Pennsylvania Mail Pharmacy, LLC*