UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CITY OF PHILADELPHIA,<br><br>   Plaintiff,<br><br>   v.<br><br>CVS HEALTH CORPORATION, *et al.*,<br><br>   Defendants. | No. 2:25-cv-06185-GJP |

**[PROPOSED] ORDER GRANTING CVS DEFENDANTS' MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF THEIR MOTION TO DISMISS**

On March 3, 2026, CVS Health Corporation, CVS Pharmacy, Inc., Caremark Rx, L.L.C., Caremark, L.L.C., CaremarkPCS Health, L.L.C., AdvanceRx.com, L.L.C., and CaremarkPCS Pennsylvania Mail Pharmacy, LLC (the "CVS Defendants") filed their Motion for Leave to File a Reply Brief in Support of Their Motion to Dismiss. Upon consideration of the CVS Defendants' Motion, it is hereby:

**ORDERED** that the CVS Defendants' Motion for Leave to File a Reply is **GRANTED**. The proposed reply brief attached to the CVS Defendants' Motion is accepted as a reply brief in this case.

**SO ORDERED**.

Dated: _____                    _____

                                                 The Honorable Gerald J. Pappert
                                                 United States District Judge