IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CITY OF PHILADELPHIA,<br><br>           *Plaintiff,*<br><br>     v.<br><br>CVS HEALTH CORPORATION, et al.,<br><br>           *Defendants.* | CIVIL ACTION<br>NO. 25-6185 |

# ORDER

**AND NOW**, this 4th day of March, 2026, the Motions for Leave to File Reply Briefs (Dkt. Nos. 91 and 92) are **DENIED**. See paragraph 4 of document number 72. The Court has already received extensive briefing and the parties will be allowed oral argument on the motions.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.