IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CITY OF PHILADELPHIA, | : | Case Number: 2:25-cv-06185-GJP |
| Plaintiff, | : | |
| v. | : | |
| CVS PHARMACY, INC. et al., | : | |
| Defendants. | : | |

ORDER

AND NOW, this _____ day of _____ 20___, it is hereby

ORDERED that the motion to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED. The Clerk is DIRECTED to add __Matthew P. Hooker__ Esquire as counsel for UnitedHealth Group Incorporated, Optum, Inc., OptumInsight, Inc., OptumInsight Life Sciences, Inc., OptumRx, Inc., OptumRx Discount Card Services, LLC, Optum Perks, LLC, OptumHealth Care Solutions, LLC, OptumHealth Holdings, LLC, and Optum Health Networks, Inc. . Matthew P. Hooker is DIRECTED to request ECF filing access using their PACER Account[1].

☐ DENIED.

_____
Hon. Gerald J. Pappert    , J.

---

[1] Instructions to request electronic filing access can be found on this court's website at For Attorneys | Eastern District of Pennsylvania | United States District Court (uscourts.gov).

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

Case Number  2:25-cv-06185-GJP

## MOTION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I, MOVANT'S STATEMENT

I, __Matthew P. Hooker__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) to represent __UnitedHealth Group Inc. et al.__. My sponsoring attorney will submit the $75.00 payment using their PACER account at the time of filing this motion.

A. I state that I am currently admitted to practice in the following state jurisdiction(s):

| (See attached list) | | |
|---|---|---|
| (State where admitted) | (Admission Date) | (Attorney Identification Number) |
| (State where admitted) | (Admission Date) | (Attorney Identification Number) |
| (State where admitted) | (Admission Date) | (Attorney Identification Number) |

B. I state that I am currently admitted to practice in the following federal jurisdiction(s):

| (See attached list) | | |
|---|---|---|
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |

C. I state that I am at present a member of the aforesaid bar(s) in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am seeking to enter my appearance for __UnitedHealth Group Incorporated, Optum, Inc., OptumInsight, Inc., OptumInsight Life Sciences, Inc., OptumRx, Inc., OptumRx Discount Card Services, LLC, Optum Perks, LLC, OptumHealth Care Solutions, LLC, OptumHealth Holdings, LLC, and Optum Health Networks, Inc.__

Name of Attorney: __Matthew P. Hooker__

Firm Address: __Alston & Bird LLP, 1120 South Tryon Street, Suite 300, Charlotte, NC 28203__

Telephone Number: __704-444-1251__

Email Address: __matthew.hooker@alston.com__

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __March 5, 2026__
(Date)                                          (Movant's signature)

**Attachment to Motion for Leave to Appear Pro Hac Vice for Matthew P. Hooker**

I state that I am currently admitted to practice in the following state and federal jurisdictions:

| Title of Court | Date Admitted | Bar/Reg. No. |
| --- | --- | --- |
| North Carolina Supreme Court and all North Caroline state courts | 08/31/2020 | 56334 |
| United States Supreme Court | 11/17/2023 | N/A |
| U.S. Court of Appeals for the First Circuit | 03/25/2025 | 1216282 |
| U.S. Court of Appeals for the Third Circuit | 06/28/2024 | N/A |
| U.S. Court of Appeals for the Fourth Circuit | 07/25/2024 | N/A |
| U.S. Court of Appeals for the Sixth Circuit | 04/30/2025 | N/A |
| U.S. Court of Appeals for the Ninth Circuit | 04/02/2025 | N/A |
| United States District Court for the Eastern District of North Carolina | 12/15/2021 | N/A |
| United States District Court for the Middle District of North Carolina | 01/04/2022 | N/A |
| United States District Court for the Western District of North Carolina | 01/03/2022 | N/A |

*[signature]*

Matthew P. Hooker

II. SPONSOR'S STATEMENT, MOTION, AND CERTIFICATE OF SERVICE

    The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of __Matthew P. Hooker__ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal court(s) and that the applicant's private and personal character is good.

| Joseph I. Fontak | _[signature]_ | 3/09/2011 | 310087 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission Date) | Attorney ID Number |

SPONSOR'S OFFICE ADDRESS, EMAIL ADDRESS, AND TELEPHONE NUMBER

Leader Berkon Colao & Silverstein LLP, 1515 Market Street, Suite 1200, Philadelphia PA 19102

jfontak@leaderberkon.com

215-755-0455

_I declare under penalty of perjury that the foregoing is true and correct._

Executed on **March 5, 2026**         _[signature]_
    (Date)                                             (Sponsor's signature)

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

CITY OF PHILADELPHIA,                :    Case Number: 2:25-cv-06185-GJP

    Plaintiff,                       :

v.                                            :

CVS PHARMACY, INC. et al.,    :

    Defendants.

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the motion of _Matthew P. Hooker_, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed order, which, if granted, would permit such practice in this court was served on as follows:

On all counsel of record via ECF on March 5, 2026

_____
(Signature of Attorney)

Joseph I. Fontak
(Name of Attorney)

UnitedHealth Group, Inc., et al.
(Name of Moving Party)

March 5, 2026
(Date)