IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CITY OF PHILADELPHIA, <br><br> *Plaintiff,* <br><br> v. <br><br> CVS HEALTH CORPORATION, et al., <br><br> *Defendants.* | CIVIL ACTION <br> NO. 25-6185 |

# ORDER

**AND NOW**, this 6th day of March, 2026, upon consideration of Defendants Optum Health Networks, Inc, Optum Perks, LLC, Optum Inc., OptumHealth Care Solutions, LLC, OptumHealth Holdings, LLC OptumInsight Life Sciences, Inc., OptumInsight, Inc., OptumRx Discount Card Services, LLC, OptumRx Inc, and UnitedHealth Group, Inc.'s Motion for Pro Hac Vice (Dkt. No. 94), it is hereby **ORDERED** that the Application of Matthew P. Hooker is **GRANTED**.[1]

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.

---

[1] Counsel is directed to the United States District Court for the Eastern District of Pennsylvania's website to register for NextGen CM/ECF in the Eastern District. https://www.paed.uscourts.gov/nextgen-cmecf