**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| City of Philadelphia,<br><br>    Plaintiff,<br><br>v.<br><br>CVS Health Corporation *et al.*,<br><br>    Defendants. | Case No.: 2:25-cv-6185-GJP |

**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendants submit this Notice of Supplemental Authority in support of their pending joint motion to dismiss (ECF No. 85) regarding the Supreme Court of Maryland's opinion in *Express Scripts, Inc. v. Anne Arundel County*, --- A.3d ---, 2026 WL 797872 (Mar. 23, 2026). A copy of the slip opinion is attached as Exhibit A.

*Anne Arundel County* involves a materially similar common-law public-nuisance claim by a Maryland county against several PBMs and mail-order pharmacies, including many of the Defendants here. On certified questions of law from the United States District Court for the District of Maryland, the Supreme Court of Maryland held that "the licensed dispensing of, or administration of benefit plans for, a controlled substance does not constitute an actionable public nuisance." Ex. A at 1. The court "decline[d] to recognize a public right to be free from the adverse effects associated with a lawful product being diverted, misused, or abused," observing that to recognize such a "general" right "would permit nuisance liability to be imposed on an endless list of manufacturers, distributors, and retailers of manufactured products that are intended to be used lawfully." *Id.* at 87.

Dated: March 27, 2026

Respectfully submitted,

/s/ Joseph I. Fontak
Joseph I. Fontak
LEADER BERKON COLAO
& SILVERSTEIN LLP
1515 Market Street, Suite 1200
Philadelphia, PA 19102
(215) 755-0455
jfontak@leaderberkon.com

Brian D. Boone (admitted *pro hac vice*)
Matthew P. Hooker (admitted *pro hac vice*)
ALSTON & BIRD LLP
Vantage South End
1120 South Tryon Street, Suite 300
Charlotte, NC 28203
(704) 444-1000
brian.boone@alston.com
matthew.hooker@alston.com

Michael A. Kaeding (admitted *pro hac vice*)
ALSTON & BIRD LLP
555 Fayetteville St., Suite 600
Raleigh, NC 27601
(919) 862 2200
mike.kaeding@alston.com

Debolina Das (admitted *pro hac vice*)
ALSTON & BIRD LLP
90 Park Avenue
New York, NY 10016
(212) 210-9400
debolina.das@alston.com

Robert J. Giuffra, Jr. (admitted *pro hac vice*)
Jeffrey T. Scott (admitted *pro hac vice*)
Matthew J. Porpora (admitted *pro hac vice*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
(212) 558-4000
giuffrar@sullcrom.com
scottj@sullcrom.com
porporam@sullcrom.com

/s/ Elisabeth Miller
Elisabeth Miller (PA 335455)
David Mader (*pro hac forthcoming*)
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
295 5th Avenue
New York, NY 10016
(212) 849-7000
elisabethmiller@quinnemanuel.com
davidmader@quinnemanuel.com

Michael Lyle (admitted *pro hac vice*)
Jonathan G. Cooper (admitted *pro hac vice*)
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
555 13th Street NW, Suite 600
Washington, DC 20004
(202) 538-8000
mikelyle@quinnemanuel.com
jonathancooper@quinnemanuel.com

*Attorneys for Defendants Express Scripts, Inc.,
Express Scripts Administrators, LLC, Medco Health
Solutions, Inc., ESI Mail Order Processing, Inc., ESI
Mail Pharmacy Service, Inc., Express Scripts
Pharmacy, Inc., Evernorth Health, Inc., Express
Scripts Specialty Distribution Services, Inc.*

/s/ Robert J. Norcia
Robert J. Norcia (PA 321509)
STRADLEY RONON STEVEN
& YOUNG LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19106
(215) 564-8663
rnorcia@stradley.com

Steven N. Herman (PA 205832)
Blair G. Brown (admitted *pro hac vice*)
Ivano M. Ventresca
Brian J. Beaton, Jr. (admitted *pro hac vice*)
Aaron Chou (admitted *pro hac vice*)
ZUCKERMAN SPAEDER LLP
2100 L Street, NW, Suite 400
Washington, DC 20037
(202) 778-1800

*Attorneys for Defendants UnitedHealth Group*
*Incorporated; Optum, Inc.; OptumInsight, Inc.;*
*OptumInsight Life Sciences, Inc.; OptumRx, Inc.;*
*OptumRx Discount Card Services, LLC; Optum*
*Perks, LLC; OptumHealth Care Solutions, LLC;*
*OptumHealth Holdings, LLC; and Optum Health*
*Networks, Inc.*

sherman@zuckerman.com
bbrown@zuckerman.com
iventresca@zuckerman.com
bbeaton@zuckerman.com
achou@zuckerman.com

Conor B. O'Croinin (admitted *pro hac vice*)
ZUCKERMAN SPAEDER LLP
100 East Pratt Street, Suite 2440
Baltimore, MD 21202
(410) 332-0444
cocroinin@zuckerman.com

*Attorneys for Defendants CVS Pharmacy, Inc., CVS*
*Health Corporation, Caremark Rx, L.L.C.,*
*Caremark, L.L.C., CaremarkPCS Health, L.L.C.,*
*AdvanceRx.com, L.L.C., and CaremarkPCS*
*Pennsylvania Mail Pharmacy, LLC*

3