**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  | : |  |
|---|---|---|
| CITY OF PHILADELPHIA, | : | |
| | : | |
| Plaintiff, | : | No. 2:25-cv-06185-GJP |
| | : | |
| vs. | : | |
| | : | |
| CVS HEALTH CORPORATION, et al. | : | |
| | : | |
| Defendants. | : | |
| | : | |

**PLAINTIFF'S RESPONSE TO DEFENDANTS' NOTICE OF SUPPLEMENTAL
AUTHORITY**

Plaintiff, the City of Philadelphia, submits this response to Defendants' Notice of Supplemental Authority (ECF 96) regarding *Express Scripts, Inc. v. Anne Arundel County*, ___ A.3d ___, 2026 WL 797872 (Md. Mar. 23, 2026) (ECF 96-1).

*Anne Arundel* is irrelevant to Defendants' joint motion to dismiss, which concerns, *inter alia*, whether Plaintiff's complaint states a claim for public nuisance under Pennsylvania law. ECF 85. *Anne Arundel* addresses only the scope of *Maryland* public nuisance law, which "has not been expanded beyond the traditional historical principles" at common law. *Anne Arundel*, ECF 96-1 at 3.

Directly on point, however, is the Pennsylvania Superior Court's recent decision in *CVS Pharmacy, Inc. v. City of Philadelphia*, __ A.3d __, 2026 WL 554715 (Pa. Super. Feb. 27, 2026). *See* ECF 85-1 at 16-17 n.2 and ECF 90 at 16 n.3 (both parties' briefing on the joint motion to dismiss cites the pending appeal in *CVS Pharmacy*). *CVS Pharmacy* rejected the pharmacy defendants' motion to dismiss the City's public nuisance claim arising from the opioid epidemic, holding that the City adequately pled interference with a public right under Pennsylvania's public

1

nuisance law. 2026 WL 554715, at *7. That decision compels the conclusion that the City's similar allegations here likewise plead interference with a public right such that Defendants' motion to dismiss on that ground should be denied. *See* ECF 90 at 13-16 & n.3.

Dated: April 9, 2026

Respectfully submitted,

THE CITY OF PHILADELPHIA LAW DEPT.

By: /s/Catherine Hancock Dorsey

| | |
|---|---|
| Renee Garcia, City Solicitor (PA Bar No. 315622) Anne Taylor, Litigation Chair (PA Bar No. 206057) Lydia Furst, Chief Deputy City Solicitor (PA Bar No. 307450) Michael Pfautz, Deputy City Solicitor (PA Bar No. 325323) **CITY OF PHILADELPHIA LAW DEPT.** 1515 Arch Street, 17th Floor Philadelphia, PA 19102 Tel: (215) 683-5000 renee.garcia@phila.gov anne.taylor@phila.gov lydia.furst@phila.gov michael.pfautz@phila.gov | Catherine H. Dorsey (pro hac vice) **BARON & BUDD, P.C.** 2600 Virginia Ave. N.W. Suite 612 Washington, DC 20037 Tel.: (202) 333-4562 cdorsey@baronbudd.com  Russell W. Budd (pro hac vice) Christine C. Mansour (pro hac vice) **BARON & BUDD, P.C.** 3102 Oak Lawn Ave., Suite 100 Dallas, TX 75219 Tel.: (214) 521-3605 rbudd@baronbudd.com cmansour@baronbudd.com |
| Jerry R. DeSiderato (PA Bar No. 201097) Timothy J. Ford (PA Bar No. 325290) Silvio Trentalange (PA Bar No. 320606) Stanford B. Ponson (PA Bar No. 322548) **DILWORTH PAXSON LLP** 1650 Market Street, Suite 1200 Philadelphia, PA 19103 Tel.: (215) 575-7000 jdesiderato@dilworthlaw.com tford@dilworthlaw.com strentalange@dilworthlaw.com sponson@dilworthlaw.com | J. Burton Leblanc, IV (pro hac vice) **BARON & BUDD, P.C.** 2600 CitiPlace Drive, Suite 400 Baton Rouge, LA 70808 Tel.: (225) 927-5441 bleblanc@baronbudd.com  Daniel Alberstone (pro hac vice) Mark Pifko (pro hac vice) Peter Klausner (pro hac vice) Evan Zucker (pro hac vice) Elizabeth Smiley (pro hac vice) **BARON & BUDD, P.C.** 15910 Ventura Boulevard, Suite 1600 Los Angeles, California 91436 Tel.: (818) 839-2333 dalberstone@baronbudd.com mpifko@baronbudd.com |
| Gregory B. Heller (PA Bar No. 61130) **FELDMAN SHEPHERD WOHLGELERNTER TANNER WEINSTOCK DODIG LLP** 1845 Walnut Street, 21st Floor Philadelphia, PA 19103 | pklausner@baronbudd.com ezucker@baronbudd.com esmiley@baronbudd.com |

Tel: (215) 567-8300
gheller@feldmanshepherd.com

Andrew B. Sacks (Pa Bar No. 41390)
John Weston (PA Bar No. 26314)
**SACKS LAW, LLC**
1 Liberty Place, 55th Floor
1650 Market Street
Philadelphia, PA 19103
Tel.: (215) 925-8200
asacks@sackslaw.com
jweston@sackslaw.com

Stephen A. Sheller (PA Bar No. 3270)
**SHELLER PC**
1515 Market Street, Suite 1100
Philadelphia, PA 19102
Tel.: (215) 790-7300
sasheller@sheller.com

David Kairys (PA Bar No. 14535)
P.O. Box 4073
8225 Germantown Avenue
Philadelphia, PA 19118
dkairys@verizon.net

Anthony J. Majestro (pro hac vice)
**POWELL & MAJESTRO, PLLC**
405 Capitol Street, Suite 807
Charleston, WV 25301
Tel.: (304) 346-2889
amajestro@powellmajestro.com

Peter J. Mougey (pro hac vice)
Jeffrey R. Gaddy (pro hac vice)
**LEVIN, PAPANTONIO, PROCTOR,
BUCHANAN, O'BRIEN, BARR &
MOUGEY P.A.**
316 S. Baylen Street, Suite 600
Pensacola, FL 32502-5996
(850) 435-7068
pmougey@levinlaw.com
jgaddy@levinlaw.com

*Counsel for Plaintiff City of Philadelphia*

## CERTIFICATE OF SERVICE

I hereby certify that, on April 9, 2026, I caused the foregoing to be served on counsel of record via the Court's electronic case filing system.

/s/*Catherine Hancock Dorsey*
Catherine Hancock Dorsey

*Counsel for Plaintiff City of Philadelphia*