**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

CITY OF PHILADELPHIA,

        *Plaintiff,*

  v.

CVS HEALTH CORPORATION, et al.,

        *Defendants.*

CIVIL ACTION
NO. 25-6185

**NOTICE**

To: Counsel of Record                               May 8, 2026

      TAKE NOTICE that a **TELEPHONE CONFERENCE** in the above

captioned case will take place on **TUESDAY, MAY 12, 2026 at 1:00 p.m.**, before

the Honorable Gerald J. Pappert.  Chambers will provide the call-in information.

                            Very truly yours,

                            */s/ Katie Rolon*
                            Katie Rolon, Deputy Clerk
                            to the Honorable Gerald J. Pappert