**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CITY OF PHILADELPHIA, | |
| *Plaintiff,* | CIVIL ACTION |
| v. | NO. 25-6185 |
| CVS HEALTH CORPORATION, et al., | |
| *Defendants.* | |

**ORDER**

**AND NOW**, this 9th day of June, 2026, it is hereby **ORDERED** that an in person **STATUS CONFERENCE** has been scheduled for **TUESDAY, JUNE 16, 2026 at 1:00 p.m.,** before the Honorable Gerald J. Pappert, in **COURTROOM 11-A**, on the Eleventh Floor, at the United States Courthouse, 601 Market Street, Philadelphia, PA 19106.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.