IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

**CITY OF PHILADELPHIA,**

       *Plaintiff,*

       v.

**CVS HEALTH CORP. et al.,**

       *Defendants*

:
:
:
:
:
:
:

Case Number: 2:25-cv-06185-GJP

<u>ORDER</u>

AND NOW, this _____ day of _____ 20___, it is hereby

ORDERED that the motion to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐    GRANTED.  The Clerk is DIRECTED to add _____, Esquire as counsel for

_____. _____ is DIRECTED to request ECF filing access using their PACER Account[1].

☐    DENIED.

_____
                                                  , J.

---

[1] Instructions to request electronic filing access can be found on this court's website at For Attorneys | Eastern District of Pennsylvania | United States District Court (uscourts.gov).

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

Case Number: 2:25-cv-06185-GJP

***MOTION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT
PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)***

I, MOVANT'S STATEMENT

I,                David Mader                the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) to represent See Exhibit A                . My sponsoring attorney will submit the $75.00 payment using their PACER account at the time of filing this motion.

A. *I state that I am currently admitted to practice in the following state jurisdiction(s):*

| New York State | October 20, 2009 | 4758439 |
|---|---|---|
| (State where admitted) | (Admission Date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission Date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission Date) | (Attorney Identification Number) |

B. *I state that I am currently admitted to practice in the following federal jurisdiction(s):*

| Southern District of New York | April 12, 2011 | DM4217 |
|---|---|---|
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |
| U.S. Court of Appeals - 7th Circuit | February 28, 2014 | |
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |

C. *I state that I am at present a member of the aforesaid bar(s) in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

*I am seeking to enter my appearance for* See Exhibit A

*Name of Attorney:* David Mader

*Firm Address:* 295 5th Avenue, New York, NY 10016

*Telephone Number:* 212-849-7148

*Email Address:* davidmader@quinnemanuel.com

*I declare under penalty of perjury that the foregoing is true and correct.*

*Executed on* 06/11/2026                              /s/ David Mader
         *(Date)*                                    *(Movant's signature)*

II., SPONSOR'S STATEMENT, MOTION, AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of _____David Mader_____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal court(s) and that the applicant's private and personal character is good.

| Elisabeth B. Miller | /s/ Elisabeth B. Miller | 09/30/2024 | 335455 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission Date) | Attorney ID Number |

SPONSOR'S OFFICE ADDRESS, EMAIL ADDRESS, AND TELEPHONE NUMBER

QUINN EMANUEL URQUHART & SULLIVAN LLP, 295 5th Ave., 9th Fl., New York NY 10016

elisabethmiller@quinnemanuel.com

212-849-7000

*I declare under penalty of perjury that the foregoing is true and correct.*

Executed on:    06/11/2026                                         /s/ Elisabeth B. Miller
                        *(Date)*                                                      *(Sponsor's signature)*

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

**CITY OF PHILADELPHIA,**        :       Case Number: 2:25-cv-06185-GJP

*Plaintiff,*        :

       :

v.        :

       :

**CVS HEALTH CORP. et al.,**        :

*Defendants*

CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the motion of    David Mader     ,

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant

proposed order, which, if granted, would permit such practice in this court was served on as follows:

              /s/ Elisabeth B. Miller
(Signature of Attorney)

              Elisabeth B. Miller
(Name of Attorney)

       Express Scripts, Inc., et al.
(Name of Moving Party)

       June 11, 2026
(Date)

# EXHIBIT A

## <u>Parties Represented by Movant</u>

- Medco Health Solutions, Inc.;

- Express Scripts, Inc.;

- Express Scripts Pharmacy, Inc.;

- Evernorth Health, Inc. (f/k/a Express Scripts Holding Company);

- Express Scripts Specialty Distribution Services, Inc.;

- Express Scripts Administrators, LLC;

- ESI Mail Pharmacy Service, Inc.; and

- ESI Mail Order Processing, Inc.