## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CITY OF PHILADELPHIA,

*Plaintiff,*

v.

CVS HEALTH CORPORATION, et al.,

*Defendants.*

CIVIL ACTION
NO. 25-6185

## ORDER

**AND NOW**, this 12th day of June, 2026, upon consideration of Defendants ESI Mail Order Processing, Inc., ESI Mail Pharmacy Service, Inc, Evernorth Health, Inc, Express Scripts Administrators, LLC, Express Scripts Pharmacy, Inc, Express Scripts Specialty Distribution Services, Inc., Express Scripts, Inc. and Medco Health Solutions, Inc.'s Motion for Pro Hac Vice (Dkt. No. 103), it is hereby **ORDERED** that the Application David Mader is **GRANTED**.[1]

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.

---

[1] Counsel is directed to the United States District Court for the Eastern District of Pennsylvania's website to register for NextGen CM/ECF in the Eastern District. https://www.paed.uscourts.gov/nextgen-cmecf