**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CITY OF PHILADELPHIA** | : | **CIVIL ACTION** |
| | : | |
| | : | |
| **vs.** | : | |
| | : | |
| | : | |
| **CVS HEALTH CORPORATION et al** | : | **NO.:  25-cv-6185** |

**O R D E R**

**AND NOW**, this    17ᵗʰ    day of June, 2026, in accordance with the court's procedure for random reassignment of cases, it is hereby

**ORDERED** that the above-captioned case is reassigned from the calendar of the Honorable Gerald J. Pappert to the calendar of the Honorable Chad F. Kenney.

.

**FOR THE COURT:**

**WENDY BEETLSTONE
Chief Judge**

**ATTEST:**

 /s/ George Wylesol
**GEORGE WYLESOL
Clerk of Court**