## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CITY OF PHILADELPHIA,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| **v.** | : | |
| | : | |
| **CVS HEALTH CORPORATION, et al.,** | : | **NO. 25-cv-6185** |
| *Defendants.* | : | |

### ORDER

**AND NOW,** this **26th** day of **June 2026**, upon review of the Defendants' Motions to Dismiss (ECF Nos. 82, 84, 85) and Plaintiff's Responses in Opposition to the Motions to Dismiss (ECF Nos. 87, 88, 90), and having been recently reassigned the above-captioned case, and the possibility that the issues may be decided upon submission of briefs, it is hereby **ORDERED** that Defendants **SHALL** file reply briefs to Plaintiff's Responses in Opposition (ECF Nos. 87, 88, 90) on or before **July 17, 2026 at noon**.

BY THE COURT:

/s/ Chad F. Kenney

_____

**CHAD F. KENNEY, JUDGE**