# EXHIBIT 7

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| THIS DOCUMENT RELATES TO: | Case No.: 1:17-MD-02804 (DAP) |
| *ALL CASES* | JUDGE DAN AARON POLSTER |

## <u>MOTION TO SUBSTITUTE COUNSEL</u>

Russell W. Budd, on behalf of himself and as President and Managing Shareholder of Baron & Budd, P.C. respectfully moves this Court for an Order substituting Russell W. Budd to serve on the PEC in the place of Baron & Budd Shareholder Roland Tellis.

## <u>BACKGROUND</u>

On January 4, 2018, the Court entered an order establishing a leadership structure for this litigation consisting of co-leads, co-liaisons, and an executive committee. Dkt. # 37. In the leadership order, Roland Tellis from Baron & Budd, P.C. was appointed as a member of the PEC. The undersigned now requests that Russell W. Budd from Baron & Budd, P.C. be substituted to serve on the PEC in the place of Mr. Tellis. Mr. Budd is amply qualified for the position. Baron & Budd is one of the largest, oldest and most successful plaintiffs' law firms in the nation and Mr. Budd has served as Baron & Budd's president and managing shareholder since 2002. Mr. Budd has decades of experience serving in leadership roles with respect to some of the country's most significant litigation dating back to the 1980's. With respect to MDL2804, Mr. Budd has been actively involved in all aspects of the litigation since its inception and is intimately familiar with the proceedings. Moreover, Mr. Budd has served as a member of the court-appointed settlement

negotiation team since February 2018.  Dkt. # 118.  Substitution of Mr. Budd on the PEC in the

place of Mr. Tellis furthers the interests of efficiency and continuity.

### REQUESTED RELIEF

Russell W. Budd on behalf of Baron & Budd, P.C. respectfully requests that the Court enter

an Order:

1. Removing Roland Tellis from the Plaintiffs' Executive Committee; and

2. Appointing Russell W. Budd onto the Plaintiffs' Executive Committee.

Dated: January 21, 2026                    Respectfully submitted,

/s/ Russell W. Budd
Russell W. Budd
**Baron & Budd, P.C.**
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Tel.: 214-521-3605
rbudd@baronbudd.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF system.

/s/ *Russell W. Budd*
Russell W. Budd

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

|  |  |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| THIS DOCUMENT RELATES TO: | Case No.: 1:17-MD-02804 (DAP) |
| *ALL CASES* | JUDGE DAN AARON POLSTER |

## ORDER GRANTING MOTION TO SUBSTITUTE COUNSEL

This Court, having received the application to substitute Russell W. Budd from Baron & Budd, P.C. to serve on the PEC in the place of Baron & Budd Shareholder, Roland Tellis and finding good cause therein, grants the request.

THEREFORE, it is ordered that:

1. Roland Tellis is removed from the Plaintiffs' Executive Committee; and

2. Russell W. Budd is hereby appointed onto the Plaintiffs' Executive Committee.

**IT IS SO ORDERED.**

---

JUDGE DAN AARON POLSTER

1