**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
——————————————————X

**CITY OF PHILADELPHIA,**
      **Plaintiff,**

**vs.**                                                    **Civil Action No. 2:25-cv-06185-CFK**

**CVS HEALTH CORPORATION; et al**
      **Defendants.**
——————————————————X

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please take notice that Debolina Das, Esq. of the law firm of Alston & Bird LLP

withdraws as counsel of record in the above-captioned matter on behalf of Defendants

UnitedHealth Group, Inc.; Optum, Inc.; OptumInsight, Inc.; OptumInsight Life Sciences,

Inc.; Optum Rx, Inc.; Optum Rx Discount Card Services, LLC; Optum Perks, LLC;

Optum Health Care Solutions, LLC; Optum Health Holdings LLC and Optum Health

Networks, Inc.

Dated: August 12, 2026

                                   **ALSTON & BIRD LLP**

                                    /s/ Debolina Das, Esq.
                                   Debolina Das (admitted *Pro Hac Vice*)
                                   90 Park Avenue, 15th floor
                                   New York, NY 10016
                                   (212) 210-9400
                                   debolina.das@alston.com