**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CITY OF PHILADELPHIA,** *Plaintiff* | : | **CIVIL ACTION** |
| **v.** | : | |
| **CVS HEALTH CORPORATION, et al.,** ***Defendants*.** | : | **NO. 25-cv-6185** |

**ORDER**

**AND NOW**, this 1st day of October 2026, it is hereby **ORDERED** that the Motion for Admission Pro Hac Vice (ECF No. 114) of Rachel Finkel, Esquire, as counsel for UnitedHealth Group Inc., Optum, Inc., OptumInsight, Inc., OptumInsight Life Sciences, Inc., OptumRx, Inc., Optum Rx Discount Card Services, LLC, Optum Perks, LLC, OptumHealth Care Solutions, LLC, OptumHealth Holdings, LLC, and Optum Health Networks, Inc., to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is **GRANTED.**

Pro Hac Vice Counsel is directed to the Court's website[1] for information needed to register for ECF in the Eastern District of Pennsylvania.

**Local Counsel and *Pro Hac Vice* Counsel are directed to Judge Kenney's Practices and Procedures,[2] and are further directed to pay attention specifically to court appearances and the guideline as to Rule 16 Conferences.**

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**

---

[1] NextGen CM/ECF | Eastern District of Pennsylvania | United States District Court (uscourts.gov)
[2] https://www.paed.uscourts.gov/judges-info/district-court-judges/chad-f-kenney