**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| City of Philadelphia,<br><br>Plaintiff,<br><br>v.<br><br>CVS Health Corporation *et al*.,<br><br>Defendants. | Case No.: 2:25-cv-6185-CFK |

**DEFENDANTS' NOTICE OF SUPREME COURT OF PENNSYLVANIA'S ALLOWANCE OF APPEAL**

1. On October 7, 2026, the Supreme Court of Pennsylvania granted CVS's petition for allowance of appeal of the Superior Court's order in *CVS Pharmacy, Inc. v. City of Philadelphia*, 354 A.3d 537 (Pa. Super. 2026). *See* Ex. A (Supreme Court of Pennsylvania Order). Because the Supreme Court of Pennsylvania's disposition of the public-nuisance issue raised in *CVS Pharmacy* may impact the public-nuisance claim in this case, Defendants bring this development to the Court's attention.

2. Specifically, the Supreme Court of Pennsylvania granted allocatur to consider the following question: "Does the Pennsylvania common-law tort of public nuisance extend to the individual use or misuse of lawful products, including when the claim is brought by a municipality, concerns medications prescribed by doctors, and subjects pharmacies to liability for harms—ranging from litter to murder—caused by anyone who abuses the medications?" Ex. A.

3. Several of the parties to this litigation, including Plaintiff the City of Philadelphia, are parties to the state *CVS Pharmacy* case that will now be reviewed by the Supreme Court of Pennsylvania. And the parties' motion-to-dismiss briefing in this litigation directly addresses the import of the Superior Court's order in *CVS Pharmacy* to the public-nuisance claim alleged by the

City here. *See* ECF 86-1 (Defs.' Joint Mem.) at 16-17 n.2; ECF 89 (Pl.'s Opp'n) at 16 n.3; ECF 109 (Defs.' Joint Reply) at 11; ECF 112 (Pl.'s Sur-reply) at 8.

Dated: October 8, 2026

Respectfully submitted,

*/s/ Joseph I. Fontak*
Joseph I. Fontak
LEADER BERKON COLAO
& SILVERSTEIN LLP
1515 Market Street, Suite 1200
Philadelphia, PA 19102
(215) 755-0455
jfontak@leaderberkon.com

Brian D. Boone (*pro hac vice*)
Matthew P. Hooker (*pro hac vice*)
ALSTON & BIRD LLP
Vantage South End
1120 South Tryon Street, Suite 300
Charlotte, NC 28203
(704) 444-1000
brian.boone@alston.com

Michael A. Kaeding (*pro hac vice*)
ALSTON & BIRD LLP
555 Fayetteville St., Suite 600
Raleigh, NC 27601
(919) 862 2200
mike.kaeding@alston.com

Rachel Finkel (*pro hac vice*)
ALSTON & BIRD LLP
90 Park Avenue
New York, NY 10016
(212) 210-9400
rachel.finkel@alston.com

Robert J. Giuffra, Jr. (*pro hac vice*)
Jeffrey T. Scott (*pro hac vice*)
Matthew J. Porpora (*pro hac vice*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
(212) 558-4000
giuffrar@sullcrom.com

*/s/ Elisabeth Miller*
Elisabeth Miller (PA 335455)
David Mader (admitted *pro hac vice*)
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
295 5th Avenue
New York, NY 10016
(212) 849-7000
elisabethmiller@quinnemanuel.com
davidmader@quinnemanuel.com

Michael Lyle (admitted *pro hac vice*)
Jonathan G. Cooper (admitted *pro hac vice*)
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
555 13th Street NW, Suite 600
Washington, DC 20004
(202) 538-8000
mikelyle@quinnemanuel.com
jonathancooper@quinnemanuel.com

*Attorneys for Defendants Express Scripts, Inc., Express Scripts Administrators, LLC, Medco Health Solutions, Inc., ESI Mail Order Processing, Inc., ESI Mail Pharmacy Service, Inc., Express Scripts Pharmacy, Inc., Evernorth Health, Inc., Express Scripts Specialty Distribution Services, Inc.*

*/s/ Robert J. Norcia*
Robert J. Norcia (PA 321509)
STRADLEY RONON STEVEN
& YOUNG LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19106
(215) 564-8663
rnorcia@stradley.com

scottj@sullcrom.com
porporam@sullcrom.com

*Attorneys for Defendants UnitedHealth Group Incorporated; Optum, Inc.; OptumInsight, Inc.; OptumInsight Life Sciences, Inc.; OptumRx, Inc.; OptumRx Discount Card Services, LLC; Optum Perks, LLC; OptumHealth Care Solutions, LLC; OptumHealth Holdings, LLC; and Optum Health Networks, Inc.*

Steven N. Herman (PA 205832)
Blair G. Brown (admitted *pro hac vice*)
Ivano M. Ventresca
Brian J. Beaton, Jr. (admitted *pro hac vice*)
Aaron Chou (admitted *pro hac vice*)
ZUCKERMAN SPAEDER LLP
2100 L Street, NW, Suite 400
Washington, DC 20037
(202) 778-1800
sherman@zuckerman.com
bbrown@zuckerman.com
iventresca@zuckerman.com
bbeaton@zuckerman.com
achou@zuckerman.com

Conor B. O'Croinin (admitted *pro hac vice*)
ZUCKERMAN SPAEDER LLP
100 East Pratt Street, Suite 2440
Baltimore, MD 21202
(410) 332-0444
cocroinin@zuckerman.com

*Attorneys for Defendants CVS Pharmacy, Inc., CVS Health Corporation, Caremark Rx, L.L.C., Caremark, L.L.C., CaremarkPCS Health, L.L.C., AdvanceRx.com, L.L.C., and CaremarkPCS Pennsylvania Mail Pharmacy, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that, on October 8, 2026, I caused the foregoing to be served on counsel of record via the Court's electronic case filing system.

*s/ Robert J. Norcia*
Robert J. Norcia

*Attorney for Defendants CVS Pharmacy, Inc., CVS Health Corporation, Caremark Rx, L.L.C., Caremark, L.L.C., CaremarkPCS Health, L.L.C., AdvanceRx.com, L.L.C., and CaremarkPCS Pennsylvania Mail Pharmacy, LLC*