# Exhibit A

# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| CVS PHARMACY, INC., CVS RX SERVICES, INC., CVS INDIANA, L.L.C., PENNSYLVANIA CVS PHARMACY L.L.C, ALBERTON'S LLC, AND ACME MARKETS, INC., | : | No. 188 EAL 2026 |
| Petitioners | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | : | |
| THE CITY OF PHILADELPHIA, PENNSYLVANIA, | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 7th day of October, 2026, the Petition for Allowance of Appeal is **GRANTED**. The issue, rephrased for clarity, is:

> Does the Pennsylvania common-law tort of public nuisance extend to the individual use or misuse of lawful products, including when the claim is brought by a municipality, concerns medications prescribed by doctors, and subjects pharmacies to liability for harms—ranging from litter to murder—caused by anyone who abuses the medications?

The Motion for Leave to File Reply in Support of Petition for Allowance of Appeal is **DENIED**.

A True Copy Darian Holland
As Of 10/07/2026

Attest: Darian Holland
Chief Clerk
Supreme Court of Pennsylvania